**COUSINS CHIPMAN & BROWN, LLP**
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:      (302) 295-0191
Facsimile:       (302) 295-0199
Email:              cousins@ccbllp.com

*Attorneys for Lili Schad, Individually and on*
*Behalf of All Others Similarly Situated*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LIGHTSQUARED INC., *et al.*, | Case No. 12-12080 (SCC) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF WITHDRAWAL AS COUNSEL AND REQUEST FOR**
**REMOVAL FROM MASTER AND ECF SERVICE LISTS**

**PLEASE TAKE NOTICE** that David A. Straite of Stewarts Law US LLP hereby withdraws as counsel of record for Lili Schad, Individually and on Behalf of All Others Similarly Situated ("**Schad**") and requests to be removed from the master and ECF service lists for the above captioned case. Please remove as follows:

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal or foreign tax or registration identification number, are: LightSquared Inc. (8845), LightSquared Investors Holdings Inc. (0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763), SkyTerra Rollup LLC (N/A), SkyTerra Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited Partnership (4456), LightSquared GP Inc. (6190), LightSquared LP (3801), ATC Technologies, LLC (3432), LightSquared Corp. (1361), LightSquared Finance Co. (6962), LightSquared Network LLC (1750), LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), Lightsquared Bermuda Ltd. (7247), SkyTerra Holdings (Canada) Inc. (0631), SkyTerra (Canada) Inc. (0629) and One Dot Six TVCC Corp. (0040). The location of the debtors' corporate headquarters is 450 Park Avenue, Suite 2201, New York, NY 10022.

        David A. Straite
        **STEWARTS LAW US LLP**
        1105 N. Market Street, Suite 2000
        I.M. Pei Building
        Wilmington, Delaware  19801
        Telephone:  (302) 298-1200
        Facsimile:  (302) 298-1222
        Email:       dstraite@stewartslaw.com

Dated: April 30, 2013        **COUSINS CHIPMAN & BROWN, LLP**
    Wilmington, Delaware

        */s/ Scott D. Cousins*
        Scott D. Cousins (No. 3079)
        Ann M. Kashishian (No. 5622)
        1007 North Orange Street, Suite 1110
        Wilmington, Delaware  19801
        Telephone:     (302) 295-0191
        Facsimile:      (302) 295-0199
        Email:            cousins@ccbllp.com
                          kashishian@ccbllp.com

        *Attorneys for Lili Schad, Individually and on Behalf
        of All Others Similarly Situated*