David M. Friedman (DFriedman@kasowitz.com)
Adam L. Shiff (AShiff@kasowitz.com)
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Attorneys for Harbinger Capital Partners LLC, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LIGHTSQUARED INC., *et al.*, | Case No. 12-12080 (SCC) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Kasowitz, Benson, Torres & Friedman LLP hereby appears in the above-captioned cases on behalf of Harbinger Capital Partners LLC and certain of its managed and affiliated funds and wholly-owned subsidiaries, including HGW US Holding Company, L.P., Blue Line DZM Corp., and Harbinger Capital Partners SP, Inc. (collectively,

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal or foreign tax or registration identification number, are: LightSquared Inc. (8845), LightSquared Investors Holdings Inc. (0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763), SkyTerra Rollup LLC (N/A), SkyTerra Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited Partnership (4456), LightSquared GP Inc. (6190), LightSquared LP (3801), ATC Technologies, LLC (3432), LightSquared Corp. (1361), LightSquared Finance Co. (6962), LightSquared Network LLC (1750), LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), Lightsquared Bermuda Ltd. (7247), SkyTerra Holdings (Canada) Inc. (0631), SkyTerra (Canada) Inc. (0629) and One Dot Six TVCC Corp. (0040). The location of the debtors' corporate headquarters is 450 Park Avenue, Suite 2201, New York, NY 10022.

"Harbinger") pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that the attorneys identified herein be added to the official service list in the above-captioned cases, and that all notices given or required to be given in the above-captioned cases and all papers served in the above-captioned cases (including, but not limited to, all papers filed and served in all adversary proceedings, contested matters and other proceedings in the above-captioned cases, and all notices mailed only to parties in interest who filed with the Court a request that all notices be mailed to them), be delivered to and served upon the attorneys set forth below:

David M. Friedman, Esq.<br>
Adam L. Shiff, Esq.<br>
Kasowitz, Benson, Torres & Friedman LLP<br>
1633 Broadway<br>
New York, New York 10019<br>
Telephone: (212) 506-1700<br>
Facsimile: (212) 506-1800<br>
Emails:<br>
dfriedman@kasowitz.com<br>
ashiff@kasowitz.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating report, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any right or interest of any party in interest in this case, with respect to (a) the debtor, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in possession, custody, or control of others that

2

the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the identified attorneys from Kasowitz, Benson, Torres & Friedman LLP consent to email service.

Dated:  May 28, 2013
        New York, New York

                By: /s/ *David M. Friedman*
                David M. Friedman
                Adam L. Shiff

                KASOWITZ, BENSON, TORRES
                 & FRIEDMAN LLP
                1633 Broadway
                New York, New York 10019
                Telephone: (212) 506-1700
                Facsimile:  (212) 506-1800

                *Attorneys for Harbinger Capital Partners LLC, et al.*