Objection Deadline: February 19, 2014 at 4:00 p.m. (prevailing Eastern time)
Hearing Date (Only if Objection Filed): To Be Scheduled

Matthew S. Barr
Karen Gartenberg
MILBANK, TWEED, HADLEY & M$^C$CLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

*Counsel to Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| LIGHTSQUARED INC., *et al.*, | ) |
| | ) Case No. 12-12080 (SCC) |
| Debtors.[1] | ) |
| | ) Jointly Administered |

**NOTICE OF AMENDMENT TO LIGHTSQUARED'S ENGAGEMENT OF**
**ERNST & YOUNG LLP AS TAX SERVICE AND AGREED**
**UPON PROCEDURES SERVICE PROVIDER**

       **PLEASE TAKE NOTICE** that, on June 18, 2012, the Court entered the *Order*

*Authorizing and Approving Employment and Retention of Ernst & Young LLP as Tax and*

*Agreed Upon Procedures Service Provider to the Debtors Nunc Pro Tunc to the Petition Date*

[Docket No. 143], authorizing LightSquared Inc. and certain of its subsidiaries and affiliates, as

debtors and debtors in possession (collectively, "LightSquared") in the above-captioned chapter

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal or foreign tax or registration identification number, are: LightSquared Inc. (8845), LightSquared Investors Holdings Inc. (0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763), SkyTerra Rollup LLC (N/A), SkyTerra Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited Partnership (4456), LightSquared GP Inc. (6190), LightSquared LP (3801), ATC Technologies, LLC (3432), LightSquared Corp. (1361), LightSquared Finance Co. (6962), LightSquared Network LLC (1750), LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), Lightsquared Bermuda Ltd. (7247), SkyTerra Holdings (Canada) Inc. (0631), SkyTerra (Canada) Inc. (0629) and One Dot Six TVCC Corp. (0040). The location of the debtors' corporate headquarters is 10802 Parkridge Boulevard, Reston, VA 20191.

11 cases (the "Chapter 11 Cases"), to employ Ernst & Young LLP ("EY LLP") as tax service and agreed upon procedures service provider.

PLEASE TAKE FURTHER NOTICE that, on November 16, 2012, the Court entered the *Order Authorizing Modification of Scope of Employment and Retention of Ernst & Young LLP as Tax Service and Agreed Upon Procedures Service Provider* [Docket No. 420] (the "Expansion Order").

PLEASE TAKE FURTHER NOTICE that, pursuant to paragraph 7 of the Expansion Order, LightSquared and the EY LLP are authorized to amend or modify LightSquared's engagement of EY LLP upon fourteen (14) days' notice to certain specified notice parties (the "Notice Parties") and opportunity to object.

PLEASE TAKE FURTHER NOTICE that, in accordance with paragraph 7 of the Expansion Order, LightSquared has entered into: (a) a new statement of work for LightSquared Inc. tax compliance services for the year ended December 31, 2013 (the "2013 LightSquared Inc. Tax Compliance SOW"), attached hereto as Exhibit A, amending the scope of its engagement of EY LLP as of January 27, 2014, to include certain additional services; and (b) a new statement of work for LightSquared LP tax compliance services for the year ended December 31, 2013 (the "2013 LightSquared LP Tax Compliance SOW" and, together with the 2013 LightSquared Inc. Tax Compliance SOW, the "Amendment"), attached hereto as Exhibit B, amending the scope of its engagement of EY LLP as of January 27, 2014, to include certain additional services.

PLEASE TAKE FURTHER NOTICE that, in accordance with paragraph 7 of the Expansion Order, a copy of the Amendment is hereby provided to the Notice Parties upon fourteen (14) days' notice and an opportunity to object.  Responses or objections, if any, to the

Amendment must be made in writing, conform to the Federal Rules of Bankruptcy Procedure

and the Local Bankruptcy Rules for the Southern District of New York, set forth the basis for the

objection and the specific grounds therefor, and be filed with the Bankruptcy Court (a) by

registered users of the Bankruptcy Court's case filing system, electronically in accordance with

General Order M-399 (which can be found at http://nysb.uscourts.gov) and (b) by all other

parties in interest, in text-searchable portable document format (PDF) (with a hard copy

delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy

Court and General Order M-399 and shall be served in accordance with General Order M-399

upon each of the following: (i) LightSquared Inc., 10802 Parkridge Boulevard, Reston, VA

20191, Attn: Marc R. Montagner and Curtis Lu, Esq., (ii) counsel to LightSquared, Milbank,

Tweed, Hadley & M$^c$Cloy LLP, One Chase Manhattan Plaza, New York, NY 10005, Attn:

Matthew S. Barr, Esq. and Karen Gartenberg, Esq., (iii) the Office of the United States Trustee

for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite

1006, New York, NY 10014, Attn: Susan D. Golden, Esq., (iv) counsel to U.S. Bank National

Association, as administrative agent under the Prepetition Inc. Credit Agreement and

administrative agent under the Inc. DIP credit agreement, Akin Gump Strauss Hauer & Feld

LLP, One Bryant Park, New York, NY 10036, Attn: Philip C. Dublin, Esq. and Kenneth A.

Davis, Esq., (v) counsel to UBS AG, Stamford Branch, as administrative agent under the

Prepetition LP Credit Agreement, Latham & Watkins LLP, 885 Third Avenue, New York, NY

10022, Attn: Mark A. Broude, Esq., (vi) counsel to the ad hoc secured group of Prepetition LP

Lenders, White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036, Attn:

Thomas E Lauria, Esq. and Glenn M. Kurtz, Esq., (vii) counsel to Harbinger Capital Partners,

LLC, Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, NY 10019, Attn:

David M. Friedman, Esq. and Adam L. Shiff, Esq., and (viii) counsel to EY LLP, Foley &

Lardner LLP, One Detroit Center, 500 Woodward Avenue, Suite 2700, Detroit, MI 48226-3489,

Attn: John A. Simon, Esq., so as to be actually received no later than February 19, 2014 at 4:00

p.m. (prevailing Eastern time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if a written objection to the

Amendment is not received by the Objection Deadline, any opposition shall be deemed waived,

and the Amendment shall take effect without any further notice, hearing, or further order of the

Court.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is filed and

served by the Objection Deadline, LightSquared will schedule, and provide notice of, a hearing

to consider the Amendment, along with any written objection timely received. Such hearing will

take place at the United States Bankruptcy Court for the Southern District of New York,

Honorable Shelley C. Chapman, United States Bankruptcy Judge, One Bowling Green, New

York, NY 10004-1408, 6th Floor. The moving and objecting parties are required to attend the

hearing, and failure to attend in person or by counsel may result in relief being granted or denied

upon default.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Amendment may also

be obtained at no charge at http://www.kccllc.net/LightSquared or for a fee via PACER at

http://www.nysb.uscourts.gov.

Respectfully submitted,

New York, New York
Dated: February 5, 2014

/s/ Matthew S. Barr
Matthew S. Barr
Karen Gartenberg
MILBANK, TWEED, HADLEY & M$^C$CLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

*Counsel to Debtors and Debtors in Possession*

## **Exhibit A**

2013 LightSquared Inc. Tax Compliance SOW

**EY**

Building a better
working world

Ernst & Young LLP        Tel: +1 (703) 747-1000
8484 Westpark Drive      Fax: +1 (703) 747-0100
McLean, VA 2210          ww.ey.com

Mr. Stuart Statland                                    January 27, 2014
Vice-President of Tax
LightSquared Inc.
10802 Parkridge Boulevard
Reston, Virginia 20191

**Statement of Work – LightSquared Inc. Tax
Compliance for the Year Ended December 31, 2013**

Dear Stuart:

This Statement of Work (this "SOW") is made by Ernst & Young LLP ("we" or "EY") and
LightSquared Inc. on behalf of itself and its affiliated entities listed in Attachment I (collectively,
"you" or "Client"), and is being executed pursuant to the Agreement, dated May 22, 2012 (the
"Agreement"), between EY and LightSquared Inc. in connection with the filing of a petition under
Chapter 11 of the United States Bankruptcy Code ("Chapter 11") on May 14, 2012 with the United
States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and
describes certain tax services that EY will perform for Client during the Chapter 11 proceedings.
This SOW shall be effective as of January 27, 2014.

Except as otherwise set forth in this SOW, this SOW incorporates by reference, and is deemed to be
a part of, the Agreement. The additional terms and conditions of this SOW shall apply only to the
tax compliance Services covered by this SOW and not to Services covered by any other Statement
of Work pursuant to the Agreement. Capitalized terms used, but not otherwise defined, in this SOW
shall have the meanings in the Agreement, and references in the Agreement to "you" or "Client"
shall be deemed references to you.

**Scope of Services**

EY will provide the following tax compliance Services to you, contingent upon the Bankruptcy
Court's approval of our retention in accordance with the terms and conditions that are set forth in
the Agreement (inclusive of this SOW):

EY will prepare the consolidated U.S. Corporation Income Tax Return, Form 1120, for LightSquared
Inc. & Subsidiaries for the year ended December 31, 2013. We will also prepare the state and local
income and franchise tax returns for those jurisdictions for LightSquared Inc. & Subsidiaries listed
on Attachment I to this letter.

We will prepare Forms 926 for LightSquared Investors Holdings Inc., TMI Communications
Delaware, LP and LightSquared GP Inc., if required, for the transfer of property to LightSquared's
foreign subsidiaries.



EY will prepare the U.S. federal income tax return, Form 1065, and the state income tax returns listed on Attachment I to this letter for the year ended December 31, 2013 for the following entity:

- TVCC One Six Holdings LLC

EY will also prepare extension requests for the corporate and partnership returns listed above as part of this engagement.

At the request of Client, upon execution of a letter substantially in the form of Exhibit 1 attached hereto in respect of each tax year for which access to such workpapers is sought, EY will provide Client with copies of EY's final workpapers, in a format regularly maintained by EY, produced by EY for purposes of preparing computations in connection with the following services under this letter:

- Extensions for returns listed above
- Originally filed returns listed above

Client may be required to file Schedule UTP ("Uncertain Tax Position Statement") with its federal tax returns beginning with the 2010 tax year.  Among other services, EY can assist you with a review of your financial statement reserve schedules to identify positions that might be subject to disclosure on Schedule UTP, discuss opportunities for remediating such positions, and provide assistance regarding implementation of Schedule UTP processes for current and future years.  We will be happy to discuss and provide fee estimates for these services, which would be covered under a separate SOW.

All Client copies of the tax returns and Schedules K-1 will be presented to Client in an electronic format.

The Services may be modified from time to time by our mutual written agreement and approval of the Bankruptcy Court, if required.

Client acknowledges and agrees that, whether or not this SOW has been approved by the Bankruptcy Court at the time any Report is rendered, any such Report rendered by EY prior to the delivery of its final Report is preliminary in nature and cannot be relied upon for any purpose, including penalty protection.

## Out-of-Scope Services

This engagement does not include (1) an analysis of any shift in ownership of Client stock, (2) the preparation of statements required by Internal Revenue Code §§382 and 383, or (3) a determination of whether such code sections limit the amount of taxable income or tax that can be offset by net operating loss carryforwards, certain recognized built-in losses, certain excess credits, or net capital loss carryovers. The limitations under these provisions may have a material adverse impact on Client's tax liability. We will not prepare a return on which taxable income (or tax) is



Building a better
working world

offset by such attributes unless an analysis is performed. Those services are covered under our Restructuring Advisory Services SOW dated May 22, 2012.

This engagement does not include any advice or determinations regarding what expenses may be qualified research expenses under Internal Revenue Code §41 or comparable state statutes.

Client may be required to file one or more Forms 3115 ("Application for Change in Accounting Method") with its federal tax return beginning with the 2014 tax year (or 2013, or 2012 tax year if adopted early) in order to implement the accounting method changes required by the final set of regulations commonly referred to as the "tangible property regulations." If one or more Forms 3115 are to be filed with Client's 2013 tax return, EY will prepare the Form(s) 3115 based on your instructions and guidance and will file the duplicate form(s) with the IRS according to the instructions provided in the relevant revenue procedure. Any preparation and processing of these forms are in addition to our Services in connection with the preparation of the tax returns for the tax year ended 12/31/2013. Among other services, EY can assist you with evaluating the impact the regulations have on your current tax accounting including identifying what accounting methods can or must be changed, advising you on the various methods that may be available for remediating your current tax methods if necessary, and providing assistance regarding implementation of the regulations for current and future years.

Upon written request and pre-approval and further Bankruptcy Court approval, EY will assist Client with other tax compliance services, including preparation of additional returns for the current tax year, and extension requests and computation of estimated tax payments for subsequent tax years. However, these services are not covered under the Scope of Services. We will be happy to discuss and provide fee estimates for such additional services, which would be invoiced separately and subject to all other terms and conditions of this SOW and the above-referenced Agreement.

Any activities not described as Services, as indicated above under Scope of Services, in addition to those described in the preceding five paragraphs, are not covered by the fees stated herein. These services will be considered outside the scope of this SOW and are the responsibility of Client to perform on a timely basis unless otherwise agreed by the parties in writing (in a separate SOW or an amendment to this SOW) and approved by the Bankruptcy Court.

Your obligations

We draw your attention to the reservations set out in paragraph 5 of the General Terms and Conditions of the Agreement, as well as your management responsibilities under paragraph 6, and your representation, as of the date hereof, under paragraph 26 thereof. You have obtained the prior approval of your Audit Committee for these Services, as applicable.



EY
Building a better
working world

## Additional terms and conditions

Client authorizes EY, its affiliates, and other members of the global Ernst & Young network, including those located outside the United States, to disclose Client's tax return information received or generated in connection with the Services described in this SOW, including prior year tax return information, to and among each other for the purpose of rendering the Services and to discuss and provide related services to you, including, for example, bringing to your attention planning opportunities that we may identify based upon the preparation and/or review of your tax returns. You have the ability to request a more limited disclosure of tax return information than that described above. If, at any time, you would like us to narrow the scope of the information to be disclosed, please contact us in writing and we will limit any disclosures that have not yet occurred. You acknowledge that this consent will be valid for three years from the date this SOW is signed by you below.

## Disclosure of reportable transactions

Treasury regulations require taxpayers to file disclosure statements relating to certain tax strategies/transactions that the Internal Revenue Service ("IRS") has identified as Listed Transactions or Transactions of Interest, any transaction that is substantially similar to a Listed Transaction or Transaction of Interest, and Other Reportable Transactions. The disclosure statements must be filed with the proper tax returns and also sent separately to the IRS. In addition, some states have enacted tax shelter legislation requiring taxpayers to file reportable transaction disclosure statements with the appropriate state income and franchise tax returns. Failure to disclose properly any of these transactions/strategies in which Client directly or indirectly participated may result in the imposition of penalties.

During the process of gathering data to prepare Client's tax returns, EY requires Client to complete a questionnaire about Listed Transactions, Transactions of Interest, and Other Reportable Transactions, which is attached to this SOW. If there is a particular person other than you who should respond to such questionnaire on behalf of Client, please immediately provide to EY that person's name, position, and telephone number. EY shall not be liable for any penalties resulting from Client's failure to accurately and timely respond to the questionnaire or to file timely the required disclosure statement.

## Contacts

You have identified Stuart Statland as your contact with whom we should communicate about these Services. Your contact at EY for these Services will be Mike Warsaw and Val Franks.

## Engagement Team

Mike Warsaw (Partner) and Val Franks (Senior Manager) will lead the EY team in providing the Services. If either of these individuals ceases to provide tax services to Client pursuant to the



EY
Building a better
working world

Agreement, EY will so advise Client and, if that person is replaced, provide Client with the name of the professional's replacement.  Other staff, not identified herein, may be utilized as required to conduct our work in an efficient manner.

**Fees**

The General Terms and Conditions of the Agreement address our fees and expenses generally.

You shall pay fees for the Services, which fees are based on the time that our professionals spend performing them, as adjusted annually while the Services under this SOW are being performed. The rates, by level of tax professional, are as follows:

| Title | Rate Per Hour |
| --- | --- |
| Partner/Principal | $725 - 850 |
| Executive Director | $600 - 750 |
| Manager/Senior Manager | $495 - 675 |
| Senior | $295 - 460 |
| Staff | $145 - 250 |

You shall also pay any potential value-added taxes (VAT), sales taxes, and other indirect taxes incurred in connection with the delivery of the Services, including any such taxes and related administrative costs that result from billing arrangements specifically requested by you.

We will submit an itemized and detailed billing statement, and we will request payment of our fees and expenses, in accordance with the United States Bankruptcy Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Rules for the United States Bankruptcy Court for the Southern District of New York ("Local Rules") and any relevant administrative orders.  We will submit our invoices as the work progresses and payment of them will be made upon receipt, or as quickly as the Bankruptcy Code, the Bankruptcy Rules, Local Rules and any relevant administrative orders allow.

We acknowledge that payment of our fees and expenses hereunder is subject to (i) the jurisdiction and approval of the Bankruptcy Court under Sections 330 and 331 of the Bankruptcy Code, any order of the Bankruptcy Court approving the retention of us and the U.S. Trustee Guidelines, (ii) any applicable fee and expense guidelines and/or orders and (iii) any requirements governing interim and final fee applications.

Client, on behalf of itself and its affiliates, hereby agrees that it shall be responsible to pay the fees and expenses of EY under the SOW according to any allocation among such entities established pursuant to the order of the Bankruptcy Court approving EY's retention under the Agreement and otherwise subject to applicable requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Procedure for the Bankruptcy



**EY**
Building a better
working world

Court, the United States Trustee Fee Guidelines, and such other procedures as may be fixed by order of the Bankruptcy Court.

Thank you again for your selection of our firm.

*Ernst & Young LLP*

LightSquared Inc., on behalf of Itself and its affiliates listed in Attachment I

By: _____  STUART STATLAND   VP tax   1-28-2014

    Signature                Name (Printed)         Title            Date

Attachments



Building a better
working world

Attachment I

List of State and Local Income and Franchise Tax Returns by Entity
For the Year Ended December 31, 2013

1. LightSquared Inc. & Subsidiaries
   - Arizona Corporation Income Tax Return
   - Alaska Corporation Net Income Tax Return
   - California Franchise/Income Tax Return
   - Colorado State C Corporation Income Tax Combined Return
   - Illinois Corporation Income and Replacement Tax Return
   - Kansas Corporation Income Tax Return
   - Kentucky Corporation Income Tax Return
   - Massachusetts Combined Business Corp. Excise Return
   - Minnesota Corporation Franchise Tax
   - Nebraska Corporation Income Tax Return
   - New York General Business Corporation Combined Franchise Tax Return
   - New York State General Corporation MTA Surcharge Return
   - Oregon Corporation Income Tax Return
   - Texas Franchise Tax Report
   - Utah Corporation Franchise or Income Tax Return
   - Virginia Corporation Income Tax Return
   - Wisconsin Corporation Franchise and Income Tax

2. LightSquared Investors Holdings Inc.
   - Arkansas Corporation Income Tax Return
   - Florida Corporation Income and Emergency Excise Tax Return
   - Louisiana Corporate Income and Franchise Tax Return
   - Maryland Corporate Income Tax Return
   - Mississippi Corporation Income Tax Return
   - Missouri Corporation Income Tax Return
   - Oklahoma Corporation Income Tax Return
   - Pennsylvania Corporate Tax Return
   - South Carolina Corporation Return

3. TMI Communications Delaware, Limited Partnership
   - Arkansas Corporation Income Tax Return
   - Florida Corporation Income and Emergency Excise Tax Return
   - Louisiana Corporate Income and Franchise Tax Return
   - Maryland Corporate Income Tax Return
   - Mississippi Corporation Income Tax Return
   - Missouri Corporation Income Tax Return
   - Oklahoma Corporation Income Tax Return



EY

Building a better
working world

- Pennsylvania Corporate Tax Return
- South Carolina Corporation Return

4. One Dot Six Corp.
- Colorado State C Corporation Income Tax Return
- Connecticut Corporation Business Tax Return
- Florida Corporation Income and Emergency Excise Tax Return
- Georgia Corporation Tax Return
- Iowa Corporation Income Tax Return
- Louisiana Corporate Income and Franchise Tax Return
- Maryland Corporate Income Tax Return
- Michigan Corporate Income Tax Return
- Missouri Corporation Income Tax Return
- North Carolina C Corporation Tax Return
- New Jersey Corporation Business Tax Return
- Ohio Commercial Activity Tax Return
- Oklahoma Corporation Income Tax Return
- Pennsylvania Corporate Tax Return
- South Carolina Corporation Return
- Washington Business and Occupation Tax Return

5. TVCC One Six Holdings LLC
- Virginia Income Tax Return

**Entities with No Separate Income and Franchise Tax Returns**

6. One Dot Four Corp.

7. One Dot Six TVCC Corp.

8. TVCC Intermediate Corp.

9. Columbia One Six Partners IV, Inc.

10. Columbia FMS Spectrum Partners IV, Inc.

11. CCMM I LLC

12. LightSquared GP Inc.

## **Exhibit B**

2013 LightSquared LP Tax Compliance SOW



Ernst & Young LLP
8484 Westpark Drive
McLean, VA 2210

Tel: +1 (703) 747-1000
Fax: +1 (703) 747-0100
ww.ey.com

Building a better
working world

Mr. Stuart Statland                                                    January 27, 2014
Vice-President of Tax
LightSquared LP
10802 Parkridge Boulevard
Reston, Virginia 20191

**Statement of Work – LightSquared LP Tax
Compliance for the Year Ended December 31, 2013**

Dear Stuart:

This Statement of Work (this "SOW") is made by Ernst & Young LLP ("we" or "EY") and
LightSquared LP on behalf of itself and its affiliated entities listed in Attachment I (collectively,
"you" or "Client"), and is being executed pursuant to the Agreement, dated May 22, 2012 (the
"Agreement"), between EY and LightSquared Inc. in connection with the filing of a petition under
Chapter 11 of the United States Bankruptcy Code ("Chapter 11") on May 14, 2012  with the
United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"),
and describes certain tax services that EY will perform for Client during the Chapter 11
proceedings.  This SOW shall be effective as of January 27, 2014.

Except as otherwise set forth in this SOW, this SOW incorporates by reference, and is deemed to be
a part of, the Agreement. The additional terms and conditions of this SOW shall apply only to the
tax compliance Services covered by this SOW and not to Services covered by any other Statement
of Work pursuant to the Agreement. Capitalized terms used, but not otherwise defined, in this SOW
shall have the meanings in the Agreement, and references in the Agreement to "you" or "Client"
shall be deemed references to you.

## Scope of Services

EY will provide the following tax compliance Services to you, contingent upon the Bankruptcy
Court's approval of our retention in accordance with the terms and conditions that are set forth in
the Agreement (inclusive of this SOW):

1. Prepare U.S. federal income tax return, Form 1065, for LightSquared LP for the year
   ended December 31, 2013.  We will also prepare the state and local income, franchise and
   property tax returns for those jurisdictions for LightSquared LP listed on Attachment I to
   this letter.

   The specific services we will provide as part of this engagement include:
   - Extension requests
   - Federal Forms 5471, Information Return of U.S. Persons With Respect to Certain
     Foreign Corporations for: LightSquared Bermuda Ltd.; SkyTerra Holdings (Canada) Inc.;
     LightSquared (UK) Limited; and SkyTerra (Canada) Inc.



2.  U.S. federal income tax return, Form 1120, for LightSquared Inc. of Virginia for the year
    ended December 31, 2013.  We will prepare the state and local income and franchise tax
    returns listed on Attachment I to this letter.

    The specific services we will provide as part of this engagement include:
    •   Extension requests

3.  U.S. federal income tax return, Form 1120, for LightSquared Finance Co. for the year
    ended December 31, 2013.  We will prepare the state and local income and franchise tax
    returns listed on Attachment I to this letter.

    The specific services we will provide as part of this engagement include:
    •   Extension requests

4.  Canadian federal income tax return and related provincial (Ontario & Saskatchewan) tax
    return schedules for the year ended December 31, 2013 the entities listed below (no
    extensions available in Canada):
    a.  SkyTerra (Canada) Inc.
    b.  SkyTerra Holdings (Canada) Inc.
    c.  LightSquared Corp

At the request of Client, upon execution of a letter substantially in the form of Attachment 1
attached hereto in respect of each tax year for which access to such workpapers is sought, EY will
provide Client with copies of EY's final workpapers, in a format regularly maintained by EY,
produced by EY for purposes of preparing computations in connection with the following services
under this letter:

•   Extensions for returns listed above
•   Originally filed returns listed above

All Client copies of the tax returns and Schedules K-1 will be presented to Client in an electronic
format.

Client may be required to file Schedule UTP ("Uncertain Tax Position Statement") with its federal
tax returns beginning with the 2010 tax year.  Among other services, EY can assist Client with a
review of Client's financial statement reserve schedules to identify positions that might be subject
to disclosure on Schedule UTP, discuss opportunities for remediating such positions, and provide
assistance regarding implementation of Schedule UTP processes for current and future years.  We
will be happy to discuss and provide fee estimates for these services, which would be covered
under a separate SOW.



The Services may be modified from time to time by our mutual written agreement and approval of the Bankruptcy Court, if required.

Client acknowledges and agrees that, whether or not this SOW has been approved by the Bankruptcy Court at the time any Report is rendered, any such Report rendered by EY prior to the delivery of its final Report is preliminary in nature and cannot be relied upon for any purpose, including penalty protection.

## Out-of-Scope Services

This engagement does not include (1) an analysis of any shift in ownership of Client stock, (2) the preparation of statements required by Internal Revenue Code §§382 and 383, or (3) a determination of whether such code sections limit the amount of taxable income or tax that can be offset by net operating loss carryforwards, certain recognized built-in losses, certain excess credits, or net capital loss carryovers. The limitations under these provisions may have a material adverse impact on Client's tax liability. We will not prepare a return on which taxable income (or tax) is offset by such attributes unless an analysis is performed. If you would like EY to perform such an analysis, those services would be covered under a separate engagement letter. Please contact Mike Warsaw if you would like to discuss additional services and fees associated with the analysis and reporting requirements under these rules.

This engagement does not include any advice or determinations regarding what expenses may be qualified research expenses under Internal Revenue Code §41 or comparable state statutes.

Client may be required to file one or more Forms 3115 ("Application for Change in Accounting Method") with its federal tax return beginning with the 2014 tax year (or 2013, or 2012 tax year if adopted early) in order to implement the accounting method changes required by the final set of regulations commonly referred to as the "tangible property regulations." If one or more Forms 3115 are to be filed with Client's 2013 tax return, EY will prepare the Form(s) 3115 based on your instructions and guidance and will file the duplicate form(s) with the IRS according to the instructions provided in the relevant revenue procedure. Any preparation and processing of these forms are in addition to our Services in connection with the preparation of the tax returns for the tax year ended 12/31/2013. Among other services, EY can assist you with evaluating the impact the regulations have on your current tax accounting including identifying what accounting methods can or must be changed, advising you on the various methods that may be available for remediating your current tax methods if necessary, and providing assistance regarding implementation of the regulations for current and future years.

Upon written request and pre-approval and further Bankruptcy Court approval, EY will assist Client with other tax compliance services, including preparation of additional returns for the current tax year, and extension requests and computation of estimated tax payments for subsequent tax years. However, these services are not covered under the Scope of Services. We will be happy to



EY
Building a better
working world

discuss and provide fee estimates for such additional services, which would be invoiced separately and subject to all other terms and conditions of this SOW and the above-referenced Agreement.

Any activities not described as Services, as indicated above under Scope of Services, in addition to those described in the preceding five paragraphs are not covered by the fees stated herein. These services will be considered outside the scope of this SOW and are the responsibility of Client to perform on a timely basis unless otherwise agreed by the parties in writing (in a separate SOW or an amendment to this SOW) and approved by the Bankruptcy Court.

## Your obligations

We draw your attention to the reservations set out in paragraph 5 of the General Terms and Conditions of the Agreement, as well as your management responsibilities under paragraph 6, and your representation, as of the date hereof, under paragraph 26 thereof. You have obtained the prior approval of your Audit Committee for these Services, as applicable.

## Additional terms and conditions

Client authorizes EY, its affiliates, and other members of the global Ernst & Young network, including those located outside the United States, to disclose Client's tax return information received or generated in connection with the Services described in this SOW, including prior year tax return information, to and among each other for the purpose of rendering the Services and to discuss and provide related services to you, including, for example, bringing to your attention planning opportunities that we may identify based upon the preparation and/or review of your tax returns. You have the ability to request a more limited disclosure of tax return information than that described above. If, at any time, you would like us to narrow the scope of the information to be disclosed, please contact us in writing and we will limit any disclosures that have not yet occurred. You acknowledge that this consent will be valid for three years from the date this SOW is signed by you below.

## Disclosure of reportable transactions

Treasury regulations require taxpayers to file disclosure statements relating to certain tax strategies/transactions that the Internal Revenue Service ("IRS") has identified as Listed Transactions or Transactions of Interest, any transaction that is substantially similar to a Listed Transaction or Transaction of Interest, and Other Reportable Transactions. The disclosure statements must be filed with the proper tax returns and also sent separately to the IRS. In addition, some states have enacted tax shelter legislation requiring taxpayers to file reportable transaction disclosure statements with the appropriate state income and franchise tax returns. Failure to disclose properly any of these transactions/strategies in which Client directly or indirectly participated may result in the imposition of penalties.



**EY**

Building a better
working world

During the process of gathering data to prepare Client's tax returns, EY requires Client to complete a questionnaire about Listed Transactions, Transactions of Interest, and Other Reportable Transactions, which is attached to this SOW. If there is a particular person other than you who should respond to such questionnaire on behalf of Client, please immediately provide to EY that person's name, position, and telephone number. EY shall not be liable for any penalties resulting from Client's failure to accurately and timely respond to the questionnaire or to file timely the required disclosure statement.

## Contacts

You have identified Stuart Statland as your contact with whom we should communicate about these Services. Your contact at EY for these Services will be Mike Warsaw and Val Franks.

## Engagement Team

Mike Warsaw (Partner) and Val Franks (Senior Manager) will lead the EY team in providing the Services. If either of these individuals ceases to provide tax services to Client pursuant to the Agreement, EY will so advise Client and, if that person is replaced, provide Client with the name of the professional's replacement. Other staff, not identified herein, may be utilized as required to conduct our work in an efficient manner.

## Fees

The General Terms and Conditions of the Agreement address our fees and expenses generally.

You shall pay fees for the Services, which fees are based on the time that our professionals spend performing them, as adjusted annually while the Services under this SOW are being performed. The rates, by level of tax professional, are as follows:

| Title | Rate Per Hour |
| --- | --- |
| Partner/Principal | $725 - 850 |
| Executive Director | $600 - 750 |
| Manager/Senior Manager | $495 - 675 |
| Senior | $295 - 460 |
| Staff | $145 - 250 |

You shall also pay any potential value-added taxes (VAT), sales taxes, and other indirect taxes incurred in connection with the delivery of the Services, including any such taxes and related administrative costs that result from billing arrangements specifically requested by you.

We will submit an itemized and detailed billing statement, and we will request payment of our fees and expenses, in accordance with the United States Bankruptcy Code (the "Bankruptcy Code"), the



Building a better
working world

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Rules for the United States Bankruptcy Court for the Southern District of New York ("Local Rules") and any relevant administrative orders. We will submit our invoices as the work progresses and payment of them will be made upon receipt, or as quickly as the Bankruptcy Code, the Bankruptcy Rules, Local Rules and any relevant administrative orders allow.

We acknowledge that payment of our fees and expenses hereunder is subject to (i) the jurisdiction and approval of the Bankruptcy Court under Sections 330 and 331 of the Bankruptcy Code, any order of the Bankruptcy Court approving the retention of us and the U.S. Trustee Guidelines, (ii) any applicable fee and expense guidelines and/or orders and (iii) any requirements governing interim and final fee applications.

Client, on behalf of itself and its affiliates, hereby agrees that it shall be responsible to pay the fees and expenses of EY under the SOW according to any allocation among such entities established pursuant to the order of the Bankruptcy Court approving EY's retention under the Agreement and otherwise subject to applicable requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Procedure for the Bankruptcy Court, the United States Trustee Fee Guidelines, and such other procedures as may be fixed by order of the Bankruptcy Court.

Thanks again for the selection of our firm.

*Ernst & Young LLP*

Agreed:

LightSquared LP on behalf of itself and its affiliates listed in Attachment I

By: _____    STUART STATLAND    VP Tax    1-28-2014
    Signature         Name (Printed)      Title        Date

SkyTerra Holdings (Canada) Inc.

By: _____    STUART STATLAND    VP Tax    1-28-2014
    Signature         Name (Printed)      Title        Date

SkyTerra (Canada) Inc.



**EY**
Building a better
working world

SkyTerra (Canada), Inc

By: _____    _STUART STATLAND_    _VP, Tax_    _1-28-2014_
      Signature                Name (Printed)          Title               Date

LightSquared Corp.

By: _____    _STUART STATLAND_    _VP, Tax_    _1-28-2014_
      Signature                Name (Printed)          Title               Date

Attachments



Attachment I

List of State and Local Income and Franchise Tax Returns by Entity
For the Year Ended December 31, 2013

1. LightSquared LP

- Alaska Partnership Income Tax Return
- Arkansas Partnership Income Tax Return
- California Partnership Return of Income
- Colorado Partnership Return of Income
- Florida Partnership Information Return
- Illinois Partnership Replacement Tax Return
- Kansas Partnership or S Corp Income Tax Return
- Louisiana Partnership Return of Income
- Maryland Pass-Through Entity Income Tax Return
- Massachusetts Partnership Return of Income
- Missouri Partnership Return of Income
- Nebraska Partnership Return of Income
- New York Partnership Return
- Oklahoma Partnership Income Tax Return
- Oklahoma Business Activity Tax Return
- Pennsylvania Partnership Information Return
- South Carolina Partnership Return of Income
- Utah Partnership Return of Income
- Virginia Pass-Through Entity Return of Income
- Virginia Corporation Income Tax Return for Telecommunication Companies

2. LightSquared Inc. of Virginia

- Virginia Corporation Income Tax Return

3. LightSquared Finance Co.

- Virginia Corporation Income Tax Return

4. Property Tax Returns

- Virginia Annual Property Statement for LightSquared LP which includes all property owned
  by LightSquared LP located within Virginia. Regardless of whether property is owned, this



return is required to be filed by all telephone companies registered with the State Corporation Commission.

- Virginia Annual Property Statement for LightSquared Inc. of Virginia which includes all property owned by LightSquared Inc. of Virginia located in Virginia. Regardless of whether property is owned, this return is required to be filed for all telephone companies registered with the State Corporation Commission.
- Maryland Annual Property Statement for LightSquared LP and LightSquared Network LLC (includes all property owned by LightSquared LP or LightSquared Network LLC located in Maryland). Regardless of whether property is owned, this return must be filed with the State Department of Assessments and Taxation in order to maintain their business license.
- California Property Tax Return for Property at 961 Anselmo CT, Napa, CA 94558
- Texas Property Tax Return for Property at 777 Westar Lane, Cedar Hill, TX
- Texas Property Tax Return for Property at 8181 Jetstar Drive, Ste 130, Irving, TX