Matthew S. Barr
Karen Gartenberg
MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

*Counsel to Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| LIGHTSQUARED INC., *et al.*, | ) Case No. 12-12080 (SCC) |
| Debtors.[1] | ) Jointly Administered |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, on February 14, 2014, LightSquared Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, "LightSquared") in the above-captioned chapter 11 cases, filed (i) *LightSquared's Motion for Entry of Order Approving (A) LightSquared's Third Amended Specific Disclosure Statement and (B) Shortened Time To Object to Confirmation of LightSquared's Third Amended Plan and Streamlined Resolicitation Thereof* [Docket No. 1309] (the "Disclosure Statement Motion") and (ii) *LightSquared's Motion To Shorten Notice of Hearing To Consider LightSquared's Motion for Entry of Order Approving (A) LightSquared's Third Amended Specific Disclosure Statement and (B) Shortened Time To*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal or foreign tax or registration identification number, are: LightSquared Inc. (8845), LightSquared Investors Holdings Inc. (0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763), SkyTerra Rollup LLC (N/A), SkyTerra Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited Partnership (4456), LightSquared GP Inc. (6190), LightSquared LP (3801), ATC Technologies, LLC (3432), LightSquared Corp. (1361), LightSquared Finance Co. (6962), LightSquared Network LLC (1750), LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), Lightsquared Bermuda Ltd. (7247), SkyTerra Holdings (Canada) Inc. (0631), SkyTerra (Canada) Inc. (0629) and One Dot Six TVCC Corp. (0040). The location of the debtors' corporate headquarters is 10802 Parkridge Boulevard, Reston, VA 20191.

*Object to Confirmation of LightSquared's Third Amended Plan and Streamlined Resolicitation Thereof* [Docket No. 1310] (the "Motion To Shorten" and, together with the Disclosure Statement Motion, the "Motions").[2]

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") on the Motions shall be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), on **February 24, 2014 at 10:00 a.m. (prevailing Eastern time)**. The Hearing will be held at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Courtroom No. 621, One Bowling Green, New York, NY 10004, unless otherwise ordered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motions and the relief requested therein must be made in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the Bankruptcy Court for the Southern District of New York, set forth the basis for the objection and the specific grounds therefor, and be filed with the Bankruptcy Court (a) by registered users of the Bankruptcy Court's case filing system, electronically in accordance with General Order M-399 (which can be found at http://nysb.uscourts.gov) and (b) by all other parties in interest, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399 and shall be served in accordance with General Order M-399 upon each of the following: (i) LightSquared Inc., 10802 Parkridge Boulevard, Reston, VA 20191, Attn: Marc R. Montagner and Curtis Lu, Esq., (ii) counsel to LightSquared, Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, One Chase Manhattan

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Disclosure Statement Motion or the Motion To Shorten, as applicable.

2

Plaza, New York, NY 10005, Attn:  Matthew S. Barr, Esq. and Karen Gartenberg, Esq., (iii) counsel to the Special Committee, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn:  James H.M. Sprayregen, Esq., Paul M. Basta, Esq., and Joshua A. Sussberg, Esq., (iv) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Susan D. Golden, Esq., (v) counsel to U.S. Bank National Association, as administrative agent under the Prepetition Inc. Credit Agreement and administrative agent under the Inc. DIP credit agreement, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attn:  Philip C. Dublin, Esq. and Kenneth A. Davis, Esq., (vi) counsel to UBS AG, Stamford Branch, as administrative agent under the Prepetition LP Credit Agreement, Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, Attn:  Mark A. Broude, Esq., (vii) counsel to the ad hoc secured group of Prepetition LP Lenders, White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036, Attn:  Thomas E Lauria, Esq. and Andrew C. Ambruoso, Esq., (viii) counsel to Harbinger Capital Partners, LLC, Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, NY 10019, Attn: David M. Friedman, Esq. and Adam L. Shiff, Esq., (ix) counsel to Melody Business Finance, LLC, Bingham McCutchen LLP, 399 Park Avenue, New York, NY 10022, Attn:  Jeffrey Sabin, Esq. and Julia Frost-Davies, Esq., (x) counsel to JPMorgan Chase Bank, N.A., Simpson Thacher & Bartlett LLP, 425 Lexington Avenue New York, NY 10017, Attn:  Sandeep Qusba, Esq. and Terry Sanders, Esq., and (xi) counsel to Fortress Credit Corp., Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038, Attn:  Kristopher M. Hansen Esq., Frank A. Merola Esq., and Jayme T. Goldstein, Esq., so as to be actually received **no later than February 20, 2014 at 12:00 p.m. (prevailing**

**Eastern time)**.  Only those responses or objections that are timely filed, served, and received will be considered at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a written objection to the relief requested in the Disclosure Statement Motion and/or Motion To Shorten, the Bankruptcy Court may deem any opposition waived, treat the Motions as conceded (as applicable), and enter an order granting the relief requested in the Motions (as applicable) without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motions may be obtained at no charge at http://www.kccllc.net/LightSquared or for a fee via PACER at http://www.nysb.uscourts.gov.

New York, New York  
Dated:  February 19, 2014

Respectfully submitted,

/s/ Matthew S. Barr  
Matthew S. Barr  
Karen Gartenberg  
MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP  
One Chase Manhattan Plaza  
New York, NY 10005-1413  
(212) 530-5000

*Counsel to Debtors and Debtors in Possession*

4