Joshua H. Reisman
REISMAN SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, NV 89123
(702) 727-6258

*Conflict Counsel to SP Special Opportunities, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LIGHTSQUARED INC., *et al.* | Case No. 12-12080 (SCC) |
| Debtors.[1] | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE the law firm of Reisman Sorokac hereby enters its appearance as counsel to represent SP Special Opportunities, LLC ("**SPSO**") in the above-captioned matter and under, *inter alia*, Rules 2002, 7006 and 9007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and section 1009(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal or foreign tax or registration identification number, are: LightSquared Inc. (8845), LightSquared Investors Holdings Inc. (0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763), SkyTerra Rollup LLC (N/A), SkyTerra Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited Partnership (4456), LightSquared GP Inc. (6190), LightSquared LP (3801), ATC Technologies, LLC (3432), LightSquared Corp. (1361), LightSquared Finance Co. (6962), LightSquared Network LLC (1750), LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), LightSquared Bermuda Ltd. (7247), SkyTerra Holdings (Canada) Inc. (0631), SkyTerra (Canada) Inc. (0629) and One Dot Six TVCC Corp. (0040). The location of the debtors' corporate headquarters is 10802 Parkridge Boulevard, Reston, VA 20191.

Reisman Sorokac
8965 South Eastern Avenue, Suite 382
Las Vegas, NV 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756

Attn:   Joshua H. Reisman, Esq.

Email: jreisman@rsnvlaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Bankruptcy Rules, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liability, statements of financial affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise. This Notice of Appearance shall not constitute a submission by SPSO to the jurisdiction of the Bankruptcy Court.

FURTHER, if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

Dated: Las Vegas, Nevada
       February 24, 2014

                                    REISMAN SOROKAC
                                    By: /s/ Joshua H. Reisman
                                    Joshua H. Reisman
                                    8965 South Eastern Avenue, Suite 382
                                    Las Vegas, NV 89123
                                    Telephone: (702) 727-6258

                                    *Conflicts Counsel to SP Special Opportunities, LLC*