Matthew S. Barr
Alan J. Stone
Andrew M. Leblanc
Karen Gartenberg
MILBANK, TWEED, HADLEY & M^C^CLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

*Counsel to Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| LIGHTSQUARED INC., *et al*., | ) Case No. 12-12080 (SCC) |
| Debtors.[1] | ) Jointly Administered |

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a status conference (the "Status Conference") will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), on **May 27, 2014 at 2:00 p.m. (prevailing Eastern time).**

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal or foreign tax or registration identification number, are: LightSquared Inc. (8845), LightSquared Investors Holdings Inc. (0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763), SkyTerra Rollup LLC (N/A), SkyTerra Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited Partnership (4456), LightSquared GP Inc. (6190), LightSquared LP (3801), ATC Technologies, LLC (3432), LightSquared Corp. (1361), LightSquared Finance Co. (6962), LightSquared Network LLC (1750), LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), Lightsquared Bermuda Ltd. (7247), SkyTerra Holdings (Canada) Inc. (0631), SkyTerra (Canada) Inc. (0629) and One Dot Six TVCC Corp. (0040). The location of the debtors' corporate headquarters is 10802 Parkridge Boulevard, Reston, VA 20191.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be held at the Bankruptcy Court, Alexander Hamilton Custom House, Courtroom No. 623, One Bowling Green, New York, NY 10004, unless otherwise ordered by the Bankruptcy Court.

New York, New York
Dated: May 12, 2014

Respectfully submitted,

/s/ Matthew S. Barr
Matthew S. Barr
Alan J. Stone
Andrew M. Leblanc
Karen Gartenberg
MILBANK, TWEED, HADLEY & M$^C$CLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

*Counsel to Debtors and Debtors in Possession*