**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LIGHTSQUARED INC., *et al.*, | ) | Case No. 12-12080 (SCC) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**FOURTH SUPPLEMENTAL DECLARATION OF MICHAEL WARSAW IN SUPPORT**
**OF EMPLOYMENT AND RETENTION OF ERNST & YOUNG LLP AS TAX AND**
**AGREED UPON PROCEDURES SERVICE PROVIDER**

I, Michael Warsaw, under penalty of perjury, declare as follows:

1.    I am a partner of Ernst & Young LLP ("EY LLP").  I provide this fourth supplemental declaration (the "Fourth Supplemental Declaration") on behalf of EY LLP in further support of the above-captioned Debtors' employment and retention of EY LLP as tax and agreed upon procedures service  provider.

2.    This Fourth Supplemental Declaration also supplements my original declaration filed with the Court on May 29, 2012 (the "Original Declaration"), my first supplemental declaration filed on June 14, 2012, my second supplemental declaration filed on November 8,

---

[1]    The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal or foreign tax or registration identification number, are:  LightSquared Inc. (8845), LightSquared Investors Holdings Inc. (0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763), SkyTerra Rollup LLC (N/A), SkyTerra Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited Partnership (4456), LightSquared GP Inc. (6190), LightSquared LP (3801), ATC Technologies, LLC (3432), LightSquared Corp. (1192), LightSquared Finance Co. (6962), LightSquared Network LLC (1750), LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), LightSquared Bermuda Ltd. (7247), SkyTerra Holdings (Canada) Inc. (9116), SkyTerra (Canada) Inc. (9314) and One Dot Six TVCC Corp. (0040).  The location of the debtors' corporate headquarters is 10802 Parkridge Boulevard, Reston, VA 20191.

2012, and my third supplemental declaration filed on April 15, 2013 (collectively, the "Existing Declarations") with respect to EY LLP's disclosure of connection with parties in interest.

3.        The facts set forth in this Fourth Supplemental Declaration are based upon my personal knowledge, information and belief, and upon client matter records kept in the ordinary course of business that were reviewed by me or other employees of EY LLP under my supervision and direction.

4.        EY LLP submits this Fourth Supplemental Declaration to disclose the results of a routine update of EY LLP's checks for certain connections with parties in interest involved in these chapter 11 cases, in accordance with the processes described in the Original Declaration.

5.        EY LLP received from the Debtors a list containing the names of additional parties in interest in these cases falling into the categories described in paragraph 10 of the Original Declaration (the "Additional Interested Parties").  EY LLP also identified interested parties as to whom EY LLP had no known connection as of the filing of the Third Supplemental Declaration as set forth in Exhibit 1 to the Third Supplemental Declaration based upon EY LLP's connections research described in the Third Supplemental Declaration (the "No-Connection Parties," and together with the Additional Interested Parties, the "Connections Check Update Parties").  The names of the Connections Check Update Parties are set forth in Exhibit 1 to this Fourth Supplemental Declaration.  EY LLP searched certain databases of EY LLP to determine whether EY LLP has provided in the recent past or is currently providing services to the Connections Check Update Parties listed in Exhibit 1 attached hereto.  To the extent that EY LLP's research of relationships with the Connections Check Update Parties indicated that EY LLP has provided in the recent past, or currently provides, services to any of these entities in

2

matters unrelated to these chapter 11 cases, EY LLP has so indicated in Exhibit 1 to this Fourth Supplemental Declaration.

6.    To the best of my knowledge, information and belief, formed after reasonable inquiry, except as otherwise stated in this Fourth Supplemental Declaration and the Existing Declarations (collectively, the "Declarations"), none of the services rendered by EY LLP to the entities set forth in Exhibit 1 hereto have been in connection with the Debtors or these chapter 11 cases. EY LLP continues to believe these relationships will not impair EY LLP's ability to objectively perform professional services on behalf of the Debtors.

7.    EY LLP may perform services for its clients that relate to the Debtors merely because such clients may be creditors or counterparties to transactions with the Debtors and such clients' assets and liabilities may thus be affected by the Debtors' status. The disclosures set forth herein do not include specific indication of such services. If such clients of EY LLP are designated parties in interest in these cases, Exhibit 1 indicates that they are also clients of EY LLP.

8.    As set forth in the Original Declaration, EY LLP appears in cases, proceedings and transactions involving many different attorneys, financial advisors and creditors, some of which may represent or be claimants and/or parties in interest in these chapter 11 cases. The professionals listed on Exhibit 2 hereto which are Connections Check Update Parties that are involved in these chapter 11 cases have in the past and/or are currently providing services to EY LLP as described on Exhibit 2. To the best of my knowledge, no such professionals involved in these chapter 11 cases have in the past and/or are currently providing services to EY LLP related to these chapter 11 cases, and EY LLP does not have any relationship with any such professional that is materially adverse to the Debtors.

3

9.      EY LLP is currently a party or participant in certain litigation matters involving parties-in-interest in these chapter 11 cases. Case information and the parties-in-interest involved in these matters are provided in Exhibit 3 to this Fourth Supplemental Declaration.

10.      Certain parties in interest are lenders or surety bond providers to EY LLP. Citibank, JP Morgan Chase, and the Royal Bank of Scotland PLC participate in EY LLP's revolving credit program, and Fidelity & Deposit Company of Maryland is a surety bond provider to EY LLP.

11.      EY LLP has thousands of professional employees.  It is possible that certain employees of EY LLP have business associations with the Connections Check Update Parties or hold claims against the Debtors or securities of the Debtors or interests in mutual funds or other investment vehicles that may own securities of the Debtors.

12.      Despite the efforts described above and in the Existing Declarations to identify and disclose connections with parties-in-interest in these chapter 11 cases, because the Debtors are a large enterprise with numerous creditors and other relationships, EY LLP is unable to state with certainty that every client representation or other connection of EY LLP has been disclosed. In this regard, should additional relationships with parties-in-interest become known to EY LLP, EY LLP will file supplemental declarations with the Court disclosing such connections.

13.      Based on the connections research performed as described in the Declarations, and as disclosed therein and subject thereto, to the best of my knowledge, information and belief formed after reasonable inquiry, EY LLP does not hold nor represent any interest materially adverse to the Debtors in the matters for which EY LLP has been retained and the employment of EY LLP is not prohibited by or improper under Bankruptcy Rule 5002.  Accordingly, I

believe that EY LLP continues to be eligible for retention by the Debtors under the Bankruptcy

Code.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2014

_____
Michael Warsaw

4824-6975-3115.1

**<u>Exhibit 1</u>**

**Connections Matrix**

| CategoryName | PartyName | No Connection | Prior Connection | Current Connection |
|---|---|:---:|:---:|:---:|
| Debtors Major Shareholder | Abu Dhabi Investment Council | x | | |
| Debtors Major Shareholder | Centaurus Capital, LP | | x | |
| Debtors Major Shareholder | Dark Circle Investment Corp | x | | |
| Debtors Major Shareholder | FCDB LSQ LLC | x | | |
| Debtors Major Shareholder | HGW US Holding Company L.P. | x | | |
| Debtors Major Shareholder | Keith Holst | x | | |
| Debtors Major Shareholder | Providence TMT Debt Opportunity Fund II LP | x | | |
| Debtors Major Shareholder | Providence TMT Special Situations Fund LP | x | | |
| Debtors Major Shareholder | SIG Holdings, Inc. | x | | |
| Debtors Major Shareholder | Solus Core Opportunities LP | x | | |
| Debtors Major Shareholder | SOLUS LLC | x | | |
| Debtors Officers/Directors | Alexander H. Good | x | | |
| Debtors Officers/Directors | Alison R. Guilfoyle | x | | |
| Debtors Officers/Directors | Bahman Azarbar | x | | |
| Debtors Officers/Directors | Barry Chapman | x | | |
| Debtors Officers/Directors | Beth Creary | x | | |
| Debtors Officers/Directors | Charles G. Collis | x | | |
| Debtors Officers/Directors | Curtis Lu | x | | |
| Debtors Officers/Directors | Curtis Millen | x | | |
| Debtors Officers/Directors | David Doyle | x | | |
| Debtors Officers/Directors | David Maura | x | | |
| Debtors Officers/Directors | David Murgio | x | | |
| Debtors Officers/Directors | Dawna Ferguson | x | | |
| Debtors Officers/Directors | Deborah Hubbard-Taylor | x | | |
| Debtors Officers/Directors | Dion Oglesby | x | | |
| Debtors Officers/Directors | Douglas Smith | | x | |
| Debtors Officers/Directors | Drew Caplan | x | | |
| Debtors Officers/Directors | Frank Boulben | x | | |
| Debtors Officers/Directors | Gary Epstein | x | | |
| Debtors Officers/Directors | Gary M. Parsons | x | | |
| Debtors Officers/Directors | James McGinnis | x | | |
| Debtors Officers/Directors | Jeff Carlisle | x | | |
| Debtors Officers/Directors | Jeff Snyder | x | | |
| Debtors Officers/Directors | Jeffrey Killeen | x | | |
| Debtors Officers/Directors | Jeffrey Killeen | x | | |
| Debtors Officers/Directors | Jennifer Mannger | x | | |
| Debtors Officers/Directors | Jim Wiseman | x | | |
| Debtors Officers/Directors | John H. Mattingly | x | | |
| Debtors Officers/Directors | Jose A. Cecin, Jr. | x | | |
| Debtors Officers/Directors | Jose A. Cecin, Jr. | x | | |
| Debtors Officers/Directors | Jung Ho Park | x | | |
| Debtors Officers/Directors | Keith Hladek | x | | |
| Debtors Officers/Directors | Kurt Haufler | x | | |
| Debtors Officers/Directors | Lawrence Clark | x | | |
| Debtors Officers/Directors | Marc Montagner | x | | |
| Debtors Officers/Directors | Mark Danchak | x | | |
| Debtors Officers/Directors | Martin Cossette | x | | |
| Debtors Officers/Directors | Martin Harriman | x | | |
| Debtors Officers/Directors | Michael Montemarano | x | | |
| Debtors Officers/Directors | Michael Weiner | x | | |
| Debtors Officers/Directors | Mirko Bibic | x | | |
| Debtors Officers/Directors | Omar Asali | x | | |
| Debtors Officers/Directors | Paul S. Latchford | x | | |
| Debtors Officers/Directors | Paul S. Latchford, Jr. | x | | |
| Debtors Officers/Directors | Peter Jenson | x | | |
| Debtors Officers/Directors | Peter Karabinis | x | | |
| Debtors Officers/Directors | Philip Falcone | x | | |
| Debtors Officers/Directors | Randy Segal | x | | |
| Debtors Officers/Directors | Randy Segal | x | | |
| Debtors Officers/Directors | Robert Lambert | x | | |
| Debtors Officers/Directors | Robin Roger | x | | |
| Debtors Officers/Directors | Sanjiv Ahuja | x | | |
| Debtors Officers/Directors | Scott MacLeod | x | | |

| CategoryName | PartyName | No Connection | Prior Connection | Current Connection |
|---|---|:---:|:---:|:---:|
| Debtors Officers/Directors | Steve Olive | x | | |
| Debtors Officers/Directors | Susan Miller | x | | |
| Debtors Officers/Directors | William Stasior | x | | |
| Debtors Officers/Directors | William Stasior | x | | |
| Debtors Other Professionals | 3C Systems Company | x | | |
| Debtors Other Professionals | Access Partnership | x | | |
| Debtors Other Professionals | American Continentail Group, Inc | x | | |
| Debtors Other Professionals | Arent Fox LLP | | x | |
| Debtors Other Professionals | Ballard Spahr LLP | | x | |
| Debtors Other Professionals | Bia Advisory Services LLC | x | | |
| Debtors Other Professionals | Blake Cassels and Graydon | x | | |
| Debtors Other Professionals | Brownstein Hyatt & Farber PC | x | | |
| Debtors Other Professionals | Bruce W Kostreski | x | | |
| Debtors Other Professionals | Carlos A Bello | x | | |
| Debtors Other Professionals | Charlson Bredehoft Cohen and Brown, PC | x | | |
| Debtors Other Professionals | Clark & Weinstock Inc | x | | |
| Debtors Other Professionals | Comtek Associates Inc | x | | |
| Debtors Other Professionals | Conyers, Dill & Pearman | x | | |
| Debtors Other Professionals | Cooley Godward Kronish LLP | x | | |
| Debtors Other Professionals | Davis Polk and Wardwell LLP | | x | |
| Debtors Other Professionals | Deloitte Financial Advisory Services LLC | x | | |
| Debtors Other Professionals | Dickstein Shapiro LLP | | x | |
| Debtors Other Professionals | DJ Consulting Services Limited | x | | |
| Debtors Other Professionals | ETSI | x | | |
| Debtors Other Professionals | Fas123 Solutions LLC | x | | |
| Debtors Other Professionals | Fragomen Del Rey Bernsen and Loewy LP | x | | |
| Debtors Other Professionals | Fraser Milner Casgrain LLP | x | | |
| Debtors Other Professionals | Gamble Telecommunications Inc | x | | |
| Debtors Other Professionals | Gephardt Group Government Affairs LLC | x | | |
| Debtors Other Professionals | Gibson, Dunn & Crutcher LLP | | x | |
| Debtors Other Professionals | Gilbert & Associates, Inc. | x | | |
| Debtors Other Professionals | Goldberg Godles Wiener & Wright | x | | |
| Debtors Other Professionals | Guerra Castellanos Y Asociados SA | x | | |
| Debtors Other Professionals | HDMK LLC | x | | |
| Debtors Other Professionals | Heather and Heather S.C. | x | | |
| Debtors Other Professionals | Hogan Lovells LLP | x | | |
| Debtors Other Professionals | Isa Consulting, LLC | x | | |
| Debtors Other Professionals | Jackson Lewis LLP | x | | |
| Debtors Other Professionals | Jose Lloreda Camacho & Co | x | | |
| Debtors Other Professionals | Joseph P. Kennedy II | x | | |
| Debtors Other Professionals | K and L Gates LLP | x | | |
| Debtors Other Professionals | Katz, Marshall and Banks, LLP | x | | |
| Debtors Other Professionals | Kelley Drye and Warren LLP | | x | |
| Debtors Other Professionals | Kirkland and Ellis LLP | | x | |
| Debtors Other Professionals | Kroll Associates, Inc. | | x | |
| Debtors Other Professionals | Kurtzman Carson Consultants LLC | x | | |
| Debtors Other Professionals | Latham & Watkins | | x | |
| Debtors Other Professionals | Law Office of Meredith L. Vartulli | x | | |
| Debtors Other Professionals | Lee and Li | x | | |
| Debtors Other Professionals | Lek Consulting LLP | x | | |
| Debtors Other Professionals | Linklaters | x | | |
| Debtors Other Professionals | LMG Inc | x | | |
| Debtors Other Professionals | Macpherson Leslie & Tyerman | x | | |
| Debtors Other Professionals | Mayer Brown LLP | | x | |
| Debtors Other Professionals | Mc Larty Associates | x | | |
| Debtors Other Professionals | Mccarthy Tetrault LLP | x | | |
| Debtors Other Professionals | Mcguire Woods Consulting LLC | x | | |
| Debtors Other Professionals | Mehlman Capitol Strategies | x | | |
| Debtors Other Professionals | Meridian Compensation Partners LLC | x | | |
| Debtors Other Professionals | Moss-Adams, LLP | | x | |
| Debtors Other Professionals | Myers Bigel Sibley & Sajovec | x | | |
| Debtors Other Professionals | Nethercutt Consulting, LLC | x | | |
| Debtors Other Professionals | Nossaman LLP | x | | |

| CategoryName | PartyName | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtors Other Professionals | Novatel Inc | x | | |
| Debtors Other Professionals | Olsson Frank Weeda Terman Matz PC | x | | |
| Debtors Other Professionals | O'Melveny & Myers LLP | | x | |
| Debtors Other Professionals | Patton Boggs, LLP | | x | |
| Debtors Other Professionals | Pillsbury Winthrop Shaw Pittman LLP | | x | |
| Debtors Other Professionals | Podesta Group, Inc | x | | |
| Debtors Other Professionals | Portico Policy Advisors, LLC | x | | |
| Debtors Other Professionals | Pricewaterhousecooper LLP | | x | |
| Debtors Other Professionals | Reh Advisors, LLC | x | | |
| Debtors Other Professionals | Richards Kibbe & Orbe LLP | x | | |
| Debtors Other Professionals | Ryan , Sharkey & Crutchield LLP | x | | |
| Debtors Other Professionals | Schultis Law Group PLLC | x | | |
| Debtors Other Professionals | SDC Management Solutions | x | | |
| Debtors Other Professionals | Shearman and Sterling LLP | | x | |
| Debtors Other Professionals | Shockey Scofield Solutions, LLC | x | | |
| Debtors Other Professionals | Snyder Clark Lesch and Chung LLC | x | | |
| Debtors Other Professionals | Squire Sanders & Dempsey LLP | | x | |
| Debtors Other Professionals | Stewart Mckelvey | x | | |
| Debtors Other Professionals | Syntelli Solutions Inc. | x | | |
| Debtors Other Professionals | Tamarkin, Vladimir | x | | |
| Debtors Other Professionals | The Brattle Group | x | | |
| Debtors Other Professionals | The Cates Strategy Group LLC | x | | |
| Debtors Other Professionals | The Law Office of John T Whelan LLC | x | | |
| Debtors Other Professionals | Thomson Financial LLC | x | | |
| Debtors Other Professionals | UHY Advisors Flvs, Inc | x | | |
| Debtors Other Professionals | Vladimir Tamarkin | x | | |
| Debtors Other Professionals | Voltex Corporation | x | | |
| Debtors Other Professionals | Weil, Gotshal & Manges LLP | | x | |
| Debtors Other Professionals | Wexler & Walker Public Policy | x | | |
| Debtors Other Professionals | William Gamble | x | | |
| Debtors Other Professionals | Wiltshire and Grannis LLP | x | | |
| Debtors Other Professionals | Winburn Inc./Palmetto Group | x | | |
| Debtors Other Professionals | Wireless Legal Pa | x | | |
| All Secured Lenders | Alpine | | x | |
| All Secured Lenders | Balantrove | x | | |
| All Secured Lenders | BBT Fund | x | | |
| All Secured Lenders | Brencourt | x | | |
| All Secured Lenders | Candlewood | x | | |
| All Secured Lenders | Capital Res | x | | |
| All Secured Lenders | Carl Icahn | x | | |
| All Secured Lenders | Castle Creek | | x | |
| All Secured Lenders | Centaurus | x | | |
| All Secured Lenders | Citigroup Financial Products | x | | |
| All Secured Lenders | Credit Value | x | | |
| All Secured Lenders | FeingoldFortress | x | | |
| All Secured Lenders | Goldman - Lending Partners | x | | |
| All Secured Lenders | HarbingerMast - Mast Ak Fund LP | x | | |
| All Secured Lenders | Hudson Bay | x | | |
| All Secured Lenders | Intermarket Corporation | x | | |
| All Secured Lenders | J. Goldman | x | | |
| All Secured Lenders | JHL Cap | x | | |
| All Secured Lenders | Lnv Corporation | x | | |
| All Secured Lenders | Longacre | x | | |
| All Secured Lenders | Mariner | | x | |
| All Secured Lenders | MAST Capital Management, LLC | x | | |
| All Secured Lenders | Mast Credit Opportunities | x | | |
| All Secured Lenders | Owl Creek | | | x |
| All Secured Lenders | Providence | x | | |
| All Secured Lenders | RBS / ROYAL BANK OF SCOTLAND | | x | x |
| All Secured Lenders | Redwood Capital Management | x | | |
| All Secured Lenders | Seatown - Mantaray Investments | x | | |
| All Secured Lenders | Seawall | x | | |
| All Secured Lenders | Seix | x | | |

| CategoryName | PartyName | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| All Secured Lenders | Senator Global | x | | |
| All Secured Lenders | Silver Point | | x | |
| All Secured Lenders | Solus | x | | |
| All Secured Lenders | Solus Alternative Asset Management LP | x | | |
| All Secured Lenders | Sound Point | x | | |
| All Secured Lenders | Taconic Investment Partners | | x | |
| All Secured Lenders | Watershed Am | x | | |
| All Secured Lenders | Wilmington Trust | | x | |
| All Secured Lenders Attorney | Malek Schiffrin LLP | x | | |
| All Secured Lenders Attorney | Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP | x | | |
| Largest Unsecured Creditors | Alcatel-Lucent | | | x |
| Largest Unsecured Creditors | AnyDATA Corp. | | x | |
| Largest Unsecured Creditors | Bandrich Inc | x | | |
| Largest Unsecured Creditors | Boeing Satellite Systems Inc | x | | |
| Largest Unsecured Creditors | Burson-Marsteller | x | | |
| Largest Unsecured Creditors | Cyberbridge International Inc | x | | |
| Largest Unsecured Creditors | Liebert Services Inc | x | | |
| Largest Unsecured Creditors | Mehlman Capitol Strategies | x | | |
| Largest Unsecured Creditors | Polaris Logistics | x | | |
| Largest Unsecured Creditors | SBA Structures Inc. | x | | |
| Largest Unsecured Creditors | SBA Towers III LLC | x | | |
| Largest Unsecured Creditors | SED Systems | x | | |
| Largest Unsecured Creditors | Shockey Scofield Solutions, LLC | x | | |
| Largest Unsecured Creditors | USAC | x | | |
| Largest Unsecured Creditors | Westar Satellite Services LP | x | | |
| Official Statutory Committees Member | ALAN CARR | x | | |
| Other Significant Parties-in-Interest | 24/7 Mid Atlantic Network, LLC | x | | |
| Other Significant Parties-in-Interest | 2XL | x | | |
| Other Significant Parties-in-Interest | 450 Park Avenue LLC | x | | |
| Other Significant Parties-in-Interest | Abovenet Communications Inc | x | | |
| Other Significant Parties-in-Interest | ACE American Insurance Company | | x | x |
| Other Significant Parties-in-Interest | Ace Fire Extinguisher Services Inc. | x | | |
| Other Significant Parties-in-Interest | Ace Insurance | x | | |
| Other Significant Parties-in-Interest | Acuative Corporation | x | | |
| Other Significant Parties-in-Interest | Aioi Nissay Dowa | x | | |
| Other Significant Parties-in-Interest | Alaska Communications | x | | |
| Other Significant Parties-in-Interest | Allstream | x | | |
| Other Significant Parties-in-Interest | Amazon Web Services LLC | x | | |
| Other Significant Parties-in-Interest | Aon Financial Services Group | x | | |
| Other Significant Parties-in-Interest | APA Properties No. 10, LP | x | | |
| Other Significant Parties-in-Interest | Arch Insurance | x | | |
| Other Significant Parties-in-Interest | Argo | x | | |
| Other Significant Parties-in-Interest | Articulate Global Inc | x | | |
| Other Significant Parties-in-Interest | Asia Capital Re | x | | |
| Other Significant Parties-in-Interest | Atrium Insurance | x | | |
| Other Significant Parties-in-Interest | Axa Corp | x | | |
| Other Significant Parties-in-Interest | Beehive Research Inc | x | | |
| Other Significant Parties-in-Interest | Bell Canada | | x | |
| Other Significant Parties-in-Interest | Bell Mobility Inc | x | | |
| Other Significant Parties-in-Interest | Blue Line DZM Corp. | x | | |
| Other Significant Parties-in-Interest | Boeing Satellite Systems, Inc. | x | | |
| Other Significant Parties-in-Interest | Boris Blatnik | x | | |
| Other Significant Parties-in-Interest | Bruden Corporation | x | | |
| Other Significant Parties-in-Interest | C.N.A. | x | | |
| Other Significant Parties-in-Interest | Celplan Technologies | | x | |
| Other Significant Parties-in-Interest | Ceridian Life Works Services | x | | |
| Other Significant Parties-in-Interest | Chaucer Insurance | x | | |
| Other Significant Parties-in-Interest | Cloud Sherpas Inc | x | | |
| Other Significant Parties-in-Interest | Cole International Inc | x | | |
| Other Significant Parties-in-Interest | Compass Group Canada (Beaver) | x | | |
| Other Significant Parties-in-Interest | Dallas County | x | | |
| Other Significant Parties-in-Interest | DISH NETWORK CORPORATION | | x | x |

| CategoryName | PartyName | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Other Significant Parties-in-Interest | Donna P. Alderman | x | | |
| Other Significant Parties-in-Interest | ECHOSTAR CORPORATION | | x | x |
| Other Significant Parties-in-Interest | Edgar Online Inc | | x | |
| Other Significant Parties-in-Interest | Electro Rent Corporation | | | x |
| Other Significant Parties-in-Interest | Enbridge Inc. | | x | |
| Other Significant Parties-in-Interest | Enbridge Inc. | | x | |
| Other Significant Parties-in-Interest | Epi-Colorspace | x | | |
| Other Significant Parties-in-Interest | Exchange My Mail, Inc | x | | |
| Other Significant Parties-in-Interest | Federal Airways & Airspace | x | | |
| Other Significant Parties-in-Interest | GCA Services Group Inc | x | | |
| Other Significant Parties-in-Interest | Genesys Conferencing | x | | |
| Other Significant Parties-in-Interest | Global Insurance | | x | |
| Other Significant Parties-in-Interest | Greenwood Telecommunications Consultants | x | | |
| Other Significant Parties-in-Interest | HGW US Holding Company, L.P. | x | | |
| Other Significant Parties-in-Interest | Hiscox | | x | |
| Other Significant Parties-in-Interest | Hydro Ottawa | x | | |
| Other Significant Parties-in-Interest | Hydro Ottawa | x | | |
| Other Significant Parties-in-Interest | Icimscom | x | | |
| Other Significant Parties-in-Interest | Imperial Coffee and Services Inc | x | | |
| Other Significant Parties-in-Interest | Inmarsat Global Limited | x | | |
| Other Significant Parties-in-Interest | Institute Of Electrical and Electronic Engineers | x | | |
| Other Significant Parties-in-Interest | Inter Hannover | x | | |
| Other Significant Parties-in-Interest | Intertek Testing Services NC Inc | x | | |
| Other Significant Parties-in-Interest | Intrado Inc | x | | |
| Other Significant Parties-in-Interest | JHG Stafford Innovations | x | | |
| Other Significant Parties-in-Interest | Kiln | x | | |
| Other Significant Parties-in-Interest | Liberty Insurance | x | | |
| Other Significant Parties-in-Interest | Lili Schad | x | | |
| Other Significant Parties-in-Interest | Marcus Spectrum Solutions LLC | x | | |
| Other Significant Parties-in-Interest | Melody Capital Advisors, LLC | x | | |
| Other Significant Parties-in-Interest | Missouri Department of Revenue | x | | |
| Other Significant Parties-in-Interest | Mitsui Insurance | x | | |
| Other Significant Parties-in-Interest | Mobile Frontiers LLC | x | | |
| Other Significant Parties-in-Interest | Mobile Impact LLC | x | | |
| Other Significant Parties-in-Interest | Munich Re | x | | |
| Other Significant Parties-in-Interest | Navtechgps | x | | |
| Other Significant Parties-in-Interest | Ni Government Services Inc | x | | |
| Other Significant Parties-in-Interest | Nortec Communications Inc | x | | |
| Other Significant Parties-in-Interest | Orbit Logistics | x | | |
| Other Significant Parties-in-Interest | Parker Interior Landscape, Inc. | x | | |
| Other Significant Parties-in-Interest | Parscom Management | x | | |
| Other Significant Parties-in-Interest | Partner Re | x | | |
| Other Significant Parties-in-Interest | PBM LLC | x | | |
| Other Significant Parties-in-Interest | PC Connection Sales Corporation | x | | |
| Other Significant Parties-in-Interest | Pensionfund | x | | |
| Other Significant Parties-in-Interest | Podesta Group, Inc | x | | |
| Other Significant Parties-in-Interest | Potomac Disposal Services | x | | |
| Other Significant Parties-in-Interest | Radian6 Technologies Inc | x | | |
| Other Significant Parties-in-Interest | Reston Limousine & Travel Services, Inc | x | | |
| Other Significant Parties-in-Interest | Rogers Business Solutions | x | | |
| Other Significant Parties-in-Interest | Rogers Communications | x | | |
| Other Significant Parties-in-Interest | Royal Cup Inc | | x | |
| Other Significant Parties-in-Interest | RSUI | x | | |
| Other Significant Parties-in-Interest | Satec | x | | |
| Other Significant Parties-in-Interest | SBA Structures Inc. | x | | |
| Other Significant Parties-in-Interest | SBA Towers III LLC | x | | |
| Other Significant Parties-in-Interest | Sciemus | x | | |
| Other Significant Parties-in-Interest | Scor Insurance | x | | |
| Other Significant Parties-in-Interest | Service Master Of Canada | x | | |
| Other Significant Parties-in-Interest | Shred-It | x | | |
| Other Significant Parties-in-Interest | Simplexgrinnell Lp | x | | |
| Other Significant Parties-in-Interest | Skymira LLC | x | | |
| Other Significant Parties-in-Interest | SNI Companies Corp | x | | |

| CategoryName | PartyName | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Other Significant Parties-in-Interest | Sovereign Service Corp | x | | |
| Other Significant Parties-in-Interest | SP Special Opportunities, LLC | x | | |
| Other Significant Parties-in-Interest | SpaceCo | x | | |
| Other Significant Parties-in-Interest | St Joseph Digital Solutions | x | | |
| Other Significant Parties-in-Interest | Starr Insurance | x | | |
| Other Significant Parties-in-Interest | Stephen Ketchum | x | | |
| Other Significant Parties-in-Interest | Telesat Canada | | x | x |
| Other Significant Parties-in-Interest | Telus Canada | x | | |
| Other Significant Parties-in-Interest | Telus Mobility | x | | |
| Other Significant Parties-in-Interest | Tennessee Department of Revenue | x | | |
| Other Significant Parties-in-Interest | The ACE Group of Companies | x | | |
| Other Significant Parties-in-Interest | The Ra Centre- Le Centre Ra | x | | |
| Other Significant Parties-in-Interest | The Will-Burt Company | x | | |
| Other Significant Parties-in-Interest | Tokio Marine | x | | |
| Other Significant Parties-in-Interest | Torus Insurance | | x | |
| Other Significant Parties-in-Interest | Tra-Cal LLC | x | | |
| Other Significant Parties-in-Interest | Triton Security Inc | x | | |
| Other Significant Parties-in-Interest | TRS-REN Telco | x | | |
| Other Significant Parties-in-Interest | UBS AG | x | | |
| Other Significant Parties-in-Interest | Universal Service Administrative Company | x | | |
| Other Significant Parties-in-Interest | Velocity Telecom | x | | |
| Other Significant Parties-in-Interest | Vertex Inc | | x | |
| Other Significant Parties-in-Interest | W B Mason | x | | |
| Other Significant Parties-in-Interest | Washington Express | x | | |
| Other Significant Parties-in-Interest | Watkins Insurance | x | | |
| Other Significant Parties-in-Interest | Westar Satellite Services LP | x | | |
| Other Significant Parties-in-Interest | Willis Inspace | x | | |
| Other Significant Parties-in-Interest | Willis of Maryland Inc. | x | | |
| Other Significant Parties-in-Interest | Wired Synergy Inc | x | | |
| Other Significant Parties-in-Interest Attorneys | KarpeLaw | x | | |
| Other Significant Parties-in-Interest Attorneys | Kasowitz, Benson, Torres & Friedman LLP | x | | |
| Other Significant Parties-in-Interest Attorneys | Molo Lamken LLP | x | | |
| Other Significant Parties-in-Interest Attorneys | Pryor Cashman LLP | x | | |
| Other Significant Parties-in-Interest Attorneys | Willkie Farr & Gallagher LLP | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | 4G Acquisitions | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | AA Access | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Advanced Wireless Solutions | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Advanta Technologies | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Advantage Engineers | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Agilysys | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | AirArts | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Aircado, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Airspan Networks Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | AirTouch Communications, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Air-Trek | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Alcatel-Lucent USA Inc. | | | x |

| CategoryName | PartyName | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts and Leases | America 4-G, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | AnyDATA Corp. | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | APA Properties No 10 LP | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Astrum Comunicaciones, S.A. de C.V. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Axiom Systems Ltd | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Ballard Spahr | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | BandRich Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Baran Telecom Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | BC Architect Engineers | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | BCI Communications | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Best Buy Connect, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Boeing Satellite Systems, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Brighthouse | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Broadcore | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Brownstein Hyatt Farber | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | C. Davis | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Callahan Communication | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Carlena Consulting | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Catalyst Partners (formerly Olive Edwards Cooper) | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Caten McGuire | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | CDT Consulting LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Cellular Products Distributes, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Cellular South, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | CenterBeam | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | CENX | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | CI Technologies | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Civil Solutions | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | ClearTalk Wireless | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | CMDC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Comcast Business Communications | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Comex Consultants, Inc | x | | |

| CategoryName | PartyName | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts and Leases | COMPASS Technology Services, Inc | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Comtek | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Concordia Wireless, Inc | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Core Information Services Inc | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Crisanto Ponce | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Cyberbridge Creospan | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Daniel Kim | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Deloitte | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | Dial Tone Service | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | DJ Consulting | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Dragonwave | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | DukeNet | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Eatel Technology Outlet, Inc. d/b/a Eatel Wireless | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Elevate Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | EMS (Cal Corporation) | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Enrique Ramos | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Entrex Communication Services Inc | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | EnviroBusiness dba EBI Consulting | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Environmental Corporation of America | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Evolutionary Resources | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Evolving Systems | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Farid Seyedvosoghi | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | FiberLight | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | First Group Engineering | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Flat Wireless, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | FMHC Telecom Group | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Forza Telecom NPC, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Fullerton Engineering Consultants Inc | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Gamble Communications | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Gateway Communications Services, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Gematlo | x | | |

| CategoryName | PartyName | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts and Leases | Gephardt Government Affairs | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Gilbert & Associates | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Glentel | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Guerra Castellanos y Asociados | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | HDMK | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Head for Numbers | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Highdeal | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Hometown Telecom, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Hughes Network Systems LLC | | x | x |
| Parties to the Debtors Significant Executory Contracts and Leases | Infosat | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Inmarsat Global Limited | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Inmosat (Landsat & Mexcom) | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Intelsat | | x | x |
| Parties to the Debtors Significant Executory Contracts and Leases | Intelsat NextGeneration | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | InterGlobe Communications | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | International Launch Services, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | International Satellite Services | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | International Satellite Services (ISS) | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Irish Tower. LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | ISP Store, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | J. Lee Associates | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | JAK & Associates, LLC dba NTP Wireless | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Javad GNSS Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Jefferies | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Jolt Mobile, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | JP Bourgon | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Karen O'Connell | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Kirkland Consulting Group | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Kroll | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | LMG, Inc. | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | Lyons Aerospace | x | | |

| CategoryName | PartyName | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts and Leases | M.D.L. Consulting Inc | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | MarinduqueLand Holdings | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Mark Thomas | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Maxton Technology Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | M-Banco | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | MC Squared Holdings. LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | mCentricUSA | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | McKnight Associates | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | McNorton JMJ, LLC d/b/a Earthcomm Solutions | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Mehlman Capitol Strategies | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Mobile Frontiers | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Mobile Impact | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | MobiTech | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Modus, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Morrison Hershfield Corp | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | MSA Architecture Planning | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | National Wireless | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Neal Rollins | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | NetTALK.com, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Network Building & Consulting | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Network Innovations | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | NI Government Services Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | NI Satellite Inc | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Nortec | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | NSA Wireless. Inc | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | NTP Wireless | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Objectpatch | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Omnistar | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | OnDemand | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Open Range Communication Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Openet | x | | |

| CategoryName | PartyName | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts and Leases | Openwave Services Agreement | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Optimum LightPath | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Outerlink | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | P. Marshall & Associates | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Pablo Antonio Frias | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Pablo Sanchez (Telebytes) | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | Parscom | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | PCTEST | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Pension Fund | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Peter Ford Marketing Services | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Peter Phung | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Powder River Development Services | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | PowerNet Global | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Princeton Tower Development | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Proximiti Mobility, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | PRTM Management Consultants | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Pyramid Network Services, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Quantum Networks, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Quest Tower Corp | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Raven Industries Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Red Pocket Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | RG Partners, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | RKF Engineering | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | SAC Wireless, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Satellite Consulting Inc | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | SBA | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | SBA Network Services, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Schaefer+Co | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | SED Systems | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Selective Site Consultants, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Sharp Corp. | | x | |

| CategoryName | PartyName | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts and Leases | SI Wireless, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Simplexity | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Simplexity MVNO Services | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Sims & Associates LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Siterra | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Sitw Link Wireless, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | SkyBitz Inc | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | SkyBlitz | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | SmarterCar LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | SMJ International | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | South Ventures USA, Inc. d/b/a Soundtracker | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | StoneShare | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | STS Media, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Sublime Wireless | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Sure Site Consulting Group | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Telegent Engineering, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Telesoft Engineering | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Teleworld Solutions Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | TerreStar | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | The Celeris Group | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Timothy Moyer | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | T-Mobile | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | Tower Engineering Professionals | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Tower Quest, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Tower Resource Management, Inc, | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | TowerCo | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Transcend Wireless | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Trileaf Corporation | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | TSAT | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | US Title Solutions LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | VCI Group, Inc. | x | | |

| CategoryName | PartyName | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts and Leases | Velocitel, Inc | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | Ventera | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Verecloud | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Vertix | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | VoX Communications Corp | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Wave Wireless, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Westar | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | WesTower Communications Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Wexler & Walker | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Widelity Consulting | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Wildfire Hotspots | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Winburn/Palmetto Group | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Wipro Technologies | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Wireless Facilities, Inc | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | Wireless IQ | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Wireless Matrix | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | W-T Communication Design Group | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Xata Corp | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | XATA Corporation (formerly Geologic formerly Aether) | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Xcel Energy | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | XD3 Group | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | YourTel America, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Zayo Bandwidth | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Zuma Consultants | x | | |

## Exhibit 2

### Professionals

1.  Access Partnership:  Has provided services in the past.

2.  American Continental Group:  Has provided services in the past.

3.  Arent Fox LLP:  Has provided services in the past.

4.  Ballard Spahr:  Has provided services in the past.

5.  Blake Cassels and Graydon:  Has provided services in the past.

6.  Clark & Weinstock Inc.:  Has provided services in the past.

7.  Conyers, Dill:  Has provided services in the past.

8.  Cooley LLP:  Has provided services in the past and is currently providing services.

9.  Covington & Burling:  Has provided services in the past.

10. Davis Polk:  Has provided services in the past and is currently providing services.

11. Deloitte Financial Advisory Services LLC:   Has provided services in the past and is currently providing services.

12. Dickstein Shapiro:  Has provided services in the past.

13. Fragomen Del Rey Bernsen and Loewy LP:  Has provided services in the past.

14. Gibson Dunn & Crutcher LLP:  Has provided services in the past and is currently providing services.

15. Hogan & Hartson: Has provided services in the past.

16. ISA Consulting, LLC,  Has provided services in the past.

17. Jackson Lewis:  Has provided services in the past.

18. K&L Gates:  Has provided services in the past.

19. Kirkland & Ellis:  Has provided services in the past.

20. Latham & Watkins:  Has provided services in the past and is currently providing services.

21. Lee and Li:  Has provided services in the past.

22. Lek Consulting LLP:  Has provided services in the past.

23. Linklaters:  Has provided services in the past.

24. LMG Inc.  Has provided services in the past and is currently providing services.

25. Mayer Brown LLP:  Has provided services in the past and is currently providing services.

26. McCarthy Tetrault:  Has provided services in the past.

27. McGuire Woods Consulting LLC:  Has provided services in the past.

28. Milbank Tweed:  Has provided services in the past.

29. Moelis:  Has provided services in the past.

30. Nossaman LLP:  Has provided services in the past and is currently providing services.

31. O'Melveny & Myers LLP:  Has provided services in the past.

32. Patton Boggs LLP:  Has provided services in the past.

33. Pillsbury Winthrop:  Has provided services in the past and is currently providing services.

34. PriceWaterhouseCoopers LLP: Has provided services in the past and is currently providing services.

35. Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP: Has provided services in the past and is currently providing services

36. Schultis Law Group PLLC:  Has provided services in the past and is currently providing services.

37. Shearman & Sterling LLP:  Has provided services in the past.

38. Skadden Arps Slate Meagher & Flom LLP:  Has provided services in the past and is currently providing services.

39. Squire Sanders & Dempsey LLP:  Has provided services in the past and is currently providing services.

40. Stewart Mckeyvey: Has provided services in the past and is currently providing services.

2

41. The Brattle Group:  Has provided services in the past.

42. Thomson Financial LLC:  Has provided services in the past and is currently providing services.

43. Weil Gotshall:  Has provided services in the past.

44. Willkie Farr & Gallagher LLP: Has provided services in the past.

4824-6975-3115.1

## Exhibit 3

### Litigation Parties

1.  Banc of America Securities LLC: Bank of America Merrill Lynch:  is a co-defendant with, among others, EY LLP in actions pending in the United States District Court for the Southern District of New York (Case numbers: 09-3478; 09-6041; 1:08cv5523 and 09-2363.

2.  Citigroup Global Markets, Inc; Citigroup Inc: is a co-defendant with, among others, EY LLP in a litigation pending in the United States District Court for the Southern District of New York   (Civ. No. 09-2363; 1:09-cv-6041; 1:09-cv-3478;   09-1946); (Civ. No. 1:08cv5523; and 09-07878) and (Master File No. 1:12-cv-07948-SAS).

3.  Deloitte & Touche: is a co-defendant with, among others, EY LLP in a litigation pending in the United States Court of Appeals for the Third Circuit (Case No:  13-2076).

4.  Fidelity Investments - Fidelity Management Trust Company and Fidelity Capital Markets Services:  is a co-defendant with, among others, EY LLP in a litigation pending in the United States District Court for the Southern District of New York (Civ. No: 1:08cv5523 and 1:10-cv-8631).

5.  JPMorgan Securities Inc; JP Morgan Chase and Co; J.P. Morgan Chase Bank, N.A; JP Morgan Chase & Company f/k/a Chase Manhattan Bank & Trust Company;  is a co-defendant with, among others, EY LLP in a litigation pending in the United States District Court for the Southern District of New York (Civ. No. 09-2363).

6.  Mayer Brown LLP:  is a co-defendant with, among others, EY LLP in a litigation pending In The Circuit Court of the 17th Judicial Circuit In and for Broward County, Florida (Case No:  10-49061) and  is a co-defendant with, among others, EY LLP in an action pending In the Circuit Court of Cook County, Illinois County Department, Law Division (Case No:  2010L010353).

7.  PricewaterhouseCoopers LLP: is a co-defendant with, among others, EY LLP in a litigation pending in the Commonwealth of Massachusetts Superior Court – Suffolk (Case No: CA No:  12-1965); is a co-defendant with, among others, EY LLP in a litigation pending  In the Supreme Court of British Columbia (Vancouver) (Case No:  S-114999); and is a co-defendant with, among others, EY LLP in a litigation pending in the United States District Court for the Southern District of New York  (Master File No. 1:12-cv-07948).

8.  UBS Investment Bank; UBS Securities LLC: are co-defendants with, among others, EY LLP in (a) litigations pending in the United States District Court for the Southern District of New York (Civ. No. 09-2363 and 1:08-cv-5523); and (b) an action pending in the United States District Court for the District of Massachusetts (Master File No:  09-cv-12146).