**Presentment Date and Time:  June 13, 2014 at 12:00 p.m. (prevailing Eastern time)**
**Objection Deadline:  June 13, 2014 at 11:00 a.m. (prevailing Eastern time)**
**Hearing Date (Only if Objection Filed):  To Be Determined**

Matthew S. Barr
Karen Gartenberg
MILBANK, TWEED, HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

*Counsel to Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LIGHTSQUARED INC., *et al.*, | Case No. 12-12080 (SCC) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF PRESENTMENT OF FOURTH ORDER AMENDING AMENDED
AGREED FINAL ORDER (A) AUTHORIZING DEBTORS TO USE CASH
COLLATERAL, (B) GRANTING ADEQUATE PROTECTION TO PREPETITION
SECURED PARTIES, AND (C) MODIFYING AUTOMATIC STAY**

        **PLEASE TAKE NOTICE** that the Prepetition LP Lenders (as defined in the

Cash Collateral Order (as defined below)) have consented to the continued use by LightSquared

LP and certain of its affiliates, as debtors and debtors in possession (collectively,

"LightSquared") in the above-captioned chapter 11 cases, of the Prepetition LP Lenders' Cash

Collateral (as defined in the Cash Collateral Order) and have consented to amend the *Amended*

*Agreed Final Order (A) Authorizing Debtors To Use Cash Collateral, (B) Granting Adequate*

---

[1]     The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal or foreign tax
or registration identification number, are:  LightSquared Inc. (8845), LightSquared Investors Holdings Inc.
(0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763), SkyTerra Rollup LLC (N/A), SkyTerra
Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited
Partnership (4456), LightSquared GP Inc. (6190), LightSquared LP (3801), ATC Technologies, LLC
(3432), LightSquared Corp. (1361), LightSquared Finance Co. (6962), LightSquared Network LLC (1750),
LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), Lightsquared Bermuda Ltd.
(7247), SkyTerra Holdings (Canada) Inc. (0631), SkyTerra (Canada) Inc. (0629) and One Dot Six TVCC
Corp. (0040).  The location of the debtors' corporate headquarters is 10802 Parkridge Boulevard, Reston,
VA 20191.

*Protection to Prepetition Secured Parties, and (C) Modifying Automatic Stay* [Docket No. 544]

(as amended by the *Order Amending Amended Agreed Final Order (A) Authorizing Debtors To*

*Use Cash Collateral, (B) Granting Adequate Protection to Prepetition Secured Parties, and*

*(C) Modifying Automatic Stay* [Docket No. 1118], the *Second Order Amending Amended Agreed*

*Final Order (A) Authorizing Debtors To Use Cash Collateral, (B) Granting Adequate Protection*

*to Prepetition Secured Parties, and (C) Modifying Automatic Stay* [Docket No. 1292], and the

*Third Order Amending Amended Agreed Final Order (A) Authorizing Debtors To Use Cash*

*Collateral, (B) Granting Adequate Protection to Prepetition Secured Parties, and (C) Modifying*

*Automatic Stay* [Docket No. 1477], the "Cash Collateral Order") to permit LightSquared to

continue to use the Prepetition LP Lenders' Cash Collateral through and including June 30, 2014

on the terms set forth in the *Fourth Order Amending Amended Agreed Final Order (A)*

*Authorizing Debtors To Use Cash Collateral, (B) Granting Adequate Protection to Prepetition*

*Secured Parties, and (C) Modifying Automatic Stay*, attached hereto as Exhibit A (the "Cash

Collateral Extension Order").

      **PLEASE TAKE FURTHER NOTICE** that LightSquared will present the Cash

Collateral Extension Order to the Honorable Shelley C. Chapman, Judge of the United States

Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), for signature

on **June 13, 2014 at 12:00 p.m. (prevailing Eastern time)**.

      **PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to

the Cash Collateral Extension Order must be made in writing, conform to the Federal Rules of

Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York,

set forth the basis for the objection and the specific grounds therefor, and be filed with the

Bankruptcy Court (a) by registered users of the Bankruptcy Court's case filing system,

electronically in accordance with General Order M-399 (which can be found at

http://nysb.uscourts.gov) and (b) by all other parties in interest, in text-searchable portable

document format (PDF) (with a hard copy delivered directly to Chambers (as defined below)), in

accordance with the customary practices of the Bankruptcy Court and General Order M-399 and

shall be served in accordance with General Order M-399 upon each of the following: (i) the

chambers of the Honorable Shelley C. Chapman ("Chambers"), One Bowling Green, New York,

New York 10004, 6th Floor, (ii) LightSquared Inc., 10802 Parkridge Boulevard, Reston, VA

20191, Attn: Marc R. Montagner and Curtis Lu, Esq., (iii) counsel to LightSquared, Milbank,

Tweed, Hadley & M$^c$Cloy LLP, One Chase Manhattan Plaza, New York, NY 10005-1413, Attn:

Matthew S. Barr, Esq. and Karen Gartenberg, Esq., (iv) counsel to the special committee of the

boards of directors for LightSquared Inc. and LightSquared GP Inc.,  Kirkland & Ellis LLP, 601

Lexington Avenue, New York, NY 10021, Attn:  James H.M. Sprayregen, Esq., Paul M. Basta,

Esq., and Joshua A. Sussberg, Esq., (v) the Office of the United States Trustee for the Southern

District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Susan D.

Golden, Esq., (vi) counsel to U.S. Bank, as administrative agent under the Prepetition Inc. Credit

Agreement and the DIP Agreement, and MAST Capital Management, LLC, Akin Gump Strauss

Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attn:  Philip C. Dublin, Esq.,

Meredith A. Lahaie, Esq., and Kenneth A. Davis, Esq., (vii) counsel to UBS AG, Stamford

Branch, as former administrative agent under the Prepetition Inc. Credit Agreement and as

administrative agent under the Prepetition LP Credit Agreement, Latham & Watkins LLP, 885

Third Avenue, New York, NY 10022, Attn:  Mark A. Broude, Esq., (viii) counsel to the Ad Hoc

LP Secured Group, White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036,

Attn:  Thomas E Lauria, Esq. and Andrew C. Ambruoso, Esq., (ix) counsel to SP Special

Opportunities, LLC, Willkie Farr & Gallagher LLP, Attn:  Rachel C. Strickland, Esq. and James

C. Dugan, Esq., and (x) counsel to Harbinger Capital Partners, LLC, Kasowitz, Benson, Torres &

Friedman LLP, 1633 Broadway, New York, NY 10019, Attn:  David M. Friedman, Esq. and

Adam L. Shiff, Esq., so as to be actually received **no later than June 13, 2014 at 11:00 a.m.**

**(prevailing Eastern time)** (the "Objection Deadline").  Only those responses or objections that

are timely filed, served, and received will be considered at the Hearing.

> **PLEASE TAKE FURTHER NOTICE** that, if a written objection to the Cash

Collateral Extension Order is not received by the Objection Deadline, the Bankruptcy Court may

deem any opposition waived and enter the Cash Collateral Extension Order without further

notice or hearing.

> **PLEASE TAKE FURTHER NOTICE** that, if a written objection is received by

the Objection Deadline, a hearing will be held to consider the Cash Collateral Extension Order,

along with any written objection timely received, on **a date to be determined** at the United

States Bankruptcy Court for the Southern District of New York, Honorable Shelley C. Chapman,

United States Bankruptcy Judge, One Bowling Green, New York, New York 10004, Courtroom

623.  The moving and objecting parties are required to attend the hearing, and failure to attend in

person or by counsel may result in relief being granted or denied upon default.

> [REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that a copy of the Cash Collateral

Extension Order may be obtained at no charge at http://www.kccllc.net/LightSquared or for a fee

via PACER at http://www.nysb.uscourts.gov.

New York, New York
Dated:  June 9, 2014

Respectfully submitted,

/s/ Matthew S. Barr
Matthew S. Barr
Karen Gartenberg
MILBANK, TWEED, HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

*Counsel to Debtors and Debtors in Possession*

**<u>Exhibit A</u>**

Presentment Date and Time:  June 13, 2014 at 12:00 p.m. (prevailing Eastern time)
Objection Deadline:  June 13, 2014 at 11:00 a.m. (prevailing Eastern time)
Hearing Date (Only if Objection Filed):  To Be Determined

Matthew S. Barr
Karen Gartenberg
MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

*Counsel to Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LIGHTSQUARED INC., *et al.*, | Case No. 12-12080 (SCC) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF PRESENTMENT OF FOURTH ORDER AMENDING AMENDED
AGREED FINAL ORDER (A) AUTHORIZING DEBTORS TO USE CASH
COLLATERAL, (B) GRANTING ADEQUATE PROTECTION TO PREPETITION
SECURED PARTIES, AND (C) MODIFYING AUTOMATIC STAY**

            **PLEASE TAKE NOTICE** that the Prepetition LP Lenders (as defined in the

Cash Collateral Order (as defined below)) have consented to the continued use by LightSquared

LP and certain of its affiliates, as debtors and debtors in possession (collectively,

"LightSquared") in the above-captioned chapter 11 cases, of the Prepetition LP Lenders' Cash

Collateral (as defined in the Cash Collateral Order) and have consented to amend the *Amended*

*Agreed Final Order (A) Authorizing Debtors To Use Cash Collateral, (B) Granting Adequate*

---

[1]        The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal or foreign tax
or registration identification number, are:  LightSquared Inc. (8845), LightSquared Investors Holdings Inc.
(0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763), SkyTerra Rollup LLC (N/A), SkyTerra
Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited
Partnership (4456), LightSquared GP Inc. (6190), LightSquared LP (3801), ATC Technologies, LLC
(3432), LightSquared Corp. (1361), LightSquared Finance Co. (6962), LightSquared Network LLC (1750),
LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), Lightsquared Bermuda Ltd.
(7247), SkyTerra Holdings (Canada) Inc. (0631), SkyTerra (Canada) Inc. (0629) and One Dot Six TVCC
Corp. (0040).  The location of the debtors' corporate headquarters is 10802 Parkridge Boulevard, Reston,
VA 20191.

Protection to Prepetition Secured Parties, and (C) Modifying Automatic Stay [Docket No. 544]

(as amended by the *Order Amending Amended Agreed Final Order (A) Authorizing Debtors To*

*Use Cash Collateral, (B) Granting Adequate Protection to Prepetition Secured Parties, and*

*(C) Modifying Automatic Stay* [Docket No. 1118], the *Second Order Amending Amended Agreed*

*Final Order (A) Authorizing Debtors To Use Cash Collateral, (B) Granting Adequate Protection*

*to Prepetition Secured Parties, and (C) Modifying Automatic Stay* [Docket No. 1292], and the

*Third Order Amending Amended Agreed Final Order (A) Authorizing Debtors To Use Cash*

*Collateral, (B) Granting Adequate Protection to Prepetition Secured Parties, and (C) Modifying*

*Automatic Stay* [Docket No. 1477], the "Cash Collateral Order") to permit LightSquared to

continue to use the Prepetition LP Lenders' Cash Collateral through and including June 30, 2014

on the terms set forth in the *Fourth Order Amending Amended Agreed Final Order (A)*

*Authorizing Debtors To Use Cash Collateral, (B) Granting Adequate Protection to Prepetition*

*Secured Parties, and (C) Modifying Automatic Stay*, attached hereto as Exhibit A (the "Cash

Collateral Extension Order").

       **PLEASE TAKE FURTHER NOTICE** that LightSquared will present the Cash

Collateral Extension Order to the Honorable Shelley C. Chapman, Judge of the United States

Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), for signature

on **June 13, 2014 at 12:00 p.m. (prevailing Eastern time)**.

       **PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to

the Cash Collateral Extension Order must be made in writing, conform to the Federal Rules of

Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York,

set forth the basis for the objection and the specific grounds therefor, and be filed with the

Bankruptcy Court (a) by registered users of the Bankruptcy Court's case filing system,

electronically in accordance with General Order M-399 (which can be found at

http://nysb.uscourts.gov) and (b) by all other parties in interest, in text-searchable portable

document format (PDF) (with a hard copy delivered directly to Chambers (as defined below)), in

accordance with the customary practices of the Bankruptcy Court and General Order M-399 and

shall be served in accordance with General Order M-399 upon each of the following: (i) the

chambers of the Honorable Shelley C. Chapman ("Chambers"), One Bowling Green, New York,

New York 10004, 6th Floor, (ii) LightSquared Inc., 10802 Parkridge Boulevard, Reston, VA

20191, Attn: Marc R. Montagner and Curtis Lu, Esq., (iii) counsel to LightSquared, Milbank,

Tweed, Hadley & M$^c$Cloy LLP, One Chase Manhattan Plaza, New York, NY 10005-1413, Attn:

Matthew S. Barr, Esq. and Karen Gartenberg, Esq., (iv) counsel to the special committee of the

boards of directors for LightSquared Inc. and LightSquared GP Inc., Kirkland & Ellis LLP, 601

Lexington Avenue, New York, NY 10021, Attn: James H.M. Sprayregen, Esq., Paul M. Basta,

Esq., and Joshua A. Sussberg, Esq., (v) the Office of the United States Trustee for the Southern

District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Susan D.

Golden, Esq., (vi) counsel to U.S. Bank, as administrative agent under the Prepetition Inc. Credit

Agreement and the DIP Agreement, and MAST Capital Management, LLC, Akin Gump Strauss

Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attn: Philip C. Dublin, Esq.,

Meredith A. Lahaie, Esq., and Kenneth A. Davis, Esq., (vii) counsel to UBS AG, Stamford

Branch, as former administrative agent under the Prepetition Inc. Credit Agreement and as

administrative agent under the Prepetition LP Credit Agreement, Latham & Watkins LLP, 885

Third Avenue, New York, NY 10022, Attn: Mark A. Broude, Esq., (viii) counsel to the Ad Hoc

LP Secured Group, White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036,

Attn: Thomas E Lauria, Esq. and Andrew C. Ambruoso, Esq., (ix) counsel to SP Special

Opportunities, LLC, Willkie Farr & Gallagher LLP, Attn: Rachel C. Strickland, Esq. and James

C. Dugan, Esq., and (x) counsel to Harbinger Capital Partners, LLC, Kasowitz, Benson, Torres &

Friedman LLP, 1633 Broadway, New York, NY 10019, Attn: David M. Friedman, Esq. and

Adam L. Shiff, Esq., so as to be actually received **no later than June 13, 2014 at 11:00 a.m.**

**(prevailing Eastern time)** (the "Objection Deadline").  Only those responses or objections that

are timely filed, served, and received will be considered at the Hearing.

   **PLEASE TAKE FURTHER NOTICE** that, if a written objection to the Cash

Collateral Extension Order is not received by the Objection Deadline, the Bankruptcy Court may

deem any opposition waived and enter the Cash Collateral Extension Order without further

notice or hearing.

   **PLEASE TAKE FURTHER NOTICE** that, if a written objection is received by

the Objection Deadline, a hearing will be held to consider the Cash Collateral Extension Order,

along with any written objection timely received, on **a date to be determined** at the United

States Bankruptcy Court for the Southern District of New York, Honorable Shelley C. Chapman,

United States Bankruptcy Judge, One Bowling Green, New York, New York 10004, Courtroom

623.  The moving and objecting parties are required to attend the hearing, and failure to attend in

person or by counsel may result in relief being granted or denied upon default.

   [REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that a copy of the Cash Collateral

Extension Order may be obtained at no charge at http://www.kccllc.net/LightSquared or for a fee

via PACER at http://www.nysb.uscourts.gov.

New York, New York
Dated:  June 9, 2014

Respectfully submitted,

/s/ Matthew S. Barr
Matthew S. Barr
Karen Gartenberg
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

*Counsel to Debtors and Debtors in Possession*

**<u>Exhibit A</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LIGHTSQUARED INC., *et al.,* | ) | Case No. 12-12080 (SCC) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

### FOURTH ORDER AMENDING AMENDED AGREED FINAL ORDER
### (A) AUTHORIZING DEBTORS TO USE CASH COLLATERAL,
### (B) GRANTING ADEQUATE PROTECTION TO PREPETITION
### SECURED PARTIES, AND (C) MODIFYING AUTOMATIC STAY

Upon the initial motion (the "Initial Motion")[2] of LightSquared Inc. and certain of its

affiliates, as debtors and debtors in possession (collectively, "LightSquared" or the "Debtors") in

the above-captioned chapter 11 cases (the "Chapter 11 Cases"), seeking entry of an interim order and a

final order, under sections 105, 361, 362, 363(c), and 507 of title 11 of the United States Code, 11

U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), Rules 2002, 4001, and 9014 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 4001-2 of the Local

Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local

Rules"), *inter alia:*

> (a) authorizing the use of Cash Collateral (within the meaning of section 363(a) of
> the Bankruptcy Code) of the Prepetition Secured Parties and providing adequate
> protection to the Prepetition Secured Parties for any diminution in value of their

---

[1]    The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal or foreign tax or registration identification number, are:  LightSquared Inc. (8845), LightSquared Investors Holdings Inc. (0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763), SkyTerra Rollup LLC (N/A), SkyTerra Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited Partnership (4456), LightSquared GP Inc. (6190), LightSquared LP (3801), ATC Technologies, LLC (3432), LightSquared Corp. (1361), LightSquared Finance Co. (6962), LightSquared Network LLC (1750), LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), Lightsquared Bermuda Ltd. (7247), SkyTerra Holdings (Canada) Inc. (0631), SkyTerra (Canada) Inc. (0629), and One Dot Six TVCC Corp. (0040).  The location of the debtors' corporate headquarters is 10802 Parkridge Boulevard, Reston, VA 20191.

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Initial Motion and the Amended Cash Collateral Order (as defined below), as applicable.

interests in the Prepetition Collateral, pursuant to sections 361, 362, and 363 of the Bankruptcy Code;

(b)     vacating and modifying the automatic stay imposed by section 362 of the Bankruptcy Code to the extent necessary to implement and effectuate the terms and provisions of the Initial Cash Collateral Order (as defined below), as limited pursuant thereto;

(c)     scheduling, pursuant to Bankruptcy Rule 4001, an interim hearing to consider the relief requested in the Motion on an interim basis; and

(d)     scheduling, pursuant to Bankruptcy Rule 4001, a final hearing (the "Final Hearing") to consider the relief requested in the Motion on a final basis.

The Court having considered the Initial Motion, the *Declaration of Marc R. Montagner, Chief Financial Officer and Interim Co-Chief Operating Officer of LightSquared Inc., (A) in Support of First Day Pleadings and (B) Pursuant to Rule 1007-2 of Local Bankruptcy Rules for United States Bankruptcy Court for Southern District of New York* [Docket No. 3], the exhibits and schedules attached thereto, and the evidence submitted at the Final Hearing; and notice of the Final Hearing having been given in accordance with Bankruptcy Rules 4001(b) and (d) and 9014; and the Final Hearing to consider the relief requested in the Initial Motion having been held and concluded; and all objections, if any, to the relief requested in the Initial Motion having been withdrawn, resolved, or overruled by the Court; and the Court having entered the *Agreed Final Order (A) Authorizing Debtors To Use Cash Collateral, (B) Granting Adequate Protection to Prepetition Secured Parties, and (C) Modifying Automatic Stay* [Docket No. 136] (the "Initial Cash Collateral Order") on June 13, 2012 upon consent of LightSquared, the Prepetition LP Agent, on behalf of the Prepetition LP Lenders, and the Ad Hoc LP Secured Group; and the Prepetition LP Agent, on behalf of the Prepetition LP Lenders, and the Ad Hoc LP Secured Group having agreed to permit LightSquared to amend the Initial Cash Collateral Order to continue to use the Prepetition LP Lenders' Cash Collateral through and including December 31, 2013 on

2

substantially similar terms as currently set forth in the Initial Cash Collateral Order in connection with that certain *Order Pursuant to 11 U.S.C. § 1121(d) Further Extending LightSquared's Exclusive Periods To File a Plan of Reorganization and Solicit Acceptances Thereof* [Docket No. 522] (the "Second Exclusivity Extension Order"); and the Court having entered the *Amended Agreed Final Order (A) Authorizing Debtors To Use Cash Collateral, (B) Granting Adequate Protection to Prepetition Secured Parties, and (C) Modifying Automatic Stay* [Docket No. 544] (as amended or modified, the "Amended Cash Collateral Order"); and the Prepetition LP Agent, on behalf of the Prepetition LP Lenders, and the Ad Hoc LP Secured Group having agreed to permit LightSquared to amend the Amended Cash Collateral Order to, among other things, continue to use the Prepetition LP Lenders' Cash Collateral through and including January 31, 2014 on substantially similar terms as currently set forth in the Amended Cash Collateral Order; and the Court having entered the *Order Amending Amended Agreed Final Order (A) Authorizing Debtors to Use Cash Collateral, (B) Granting Adequate Protection to Prepetition Secured Parties, and (C) Modifying Automatic Stay* [Docket No. 1118] (the "First Cash Collateral Extension Order"); and the Court having considered the Debtors' subsequent motion, submitted at the direction, and with the support, of the special committee of the boards of directors for LightSquared Inc. and LightSquared GP Inc., for an order (a) authorizing the LP DIP Obligors to obtain superpriority senior secured priming postpetition financing, (b) granting superpriority liens and providing superpriority administrative expense status, (c) granting adequate protection, and (d) modifying automatic stay [Docket No. 1237] (the "LP DIP Facility Motion") seeking, *inter alia*, entry of an order further amending the Amended Cash Collateral Order to, among other things, permit the LP Debtors to continue to use the Prepetition LP Lenders' Cash Collateral through and including April 15, 2014 on substantially similar terms as currently set

3

forth in the Amended Cash Collateral Order; and all objections, if any, to the relief requested in the LP DIP Facility Motion having been withdrawn, resolved, or overruled by the Court; and the Court having entered (a) that certain *Final Order (A) Authorizing LP DIP Obligors To Obtain Superpriority Senior Secured Priming Postpetition Financing, (B) Granting Superpriority Liens and Providing Superpriority Administrative Expense Status, (C) Granting Adequate Protection, and (D) Modifying Automatic Stay* [Docket No. 1291] (the "Initial LP DIP Order"), (b) that certain *Final Order (A) Authorizing LP DIP Obligors To Obtain Replacement Superpriority Senior Secured Priming Postpetition Financing, (B) Granting Superpriority Liens and Providing Superpriority Administrative Expense Status, (C) Granting Adequate Protection, and (D) Modifying Automatic Stay* [Docket No. 1476] (the "Replacement LP DIP Order"), (c) that certain *Second Order Amending Amended Agreed Final Order (A) Authorizing Debtors To Use Cash Collateral, (B) Granting Adequate Protection to Prepetition Secured Parties, and (C) Modifying Automatic Stay* [Docket No. 1292] (the "Second Cash Collateral Extension Order"), and (d) that certain *Third Order Amending Amended Agreed Final Order (A) Authorizing Debtors To Use Cash Collateral, (B) Granting Adequate Protection to Prepetition Secured Parties, and (C) Modifying Automatic Stay* [Docket No. 1477] (the "Third Cash Collateral Extension Order" and, collectively with the First Cash Collateral Extension Order and the Second Cash Collateral Extension Order, the "Cash Collateral Extension Orders"); and the LP DIP Lenders having agreed in writing to extend the Final Maturity Date of the Replacement LP DIP Facility (each, as defined in the Replacement LP DIP Order) to June 30, 2014; and the Prepetition LP Agent, on behalf of the Prepetition LP Lenders, and the Ad Hoc LP Secured Group having agreed to permit LightSquared to amend the Amended Cash Collateral Order to, among other things, continue to use the Prepetition LP Lenders' Cash Collateral through and including June 30, 2014 on

4

substantially similar terms as currently set forth in the Amended Cash Collateral Order, as modified by the Cash Collateral Extension Orders (this "Order"); and it appearing to the Court that entry of the Order is fair and reasonable and in the best interests of the Debtors, their estates, and their stakeholders, and is essential for the continued management of the Debtors' businesses; and after due deliberation and consideration, and for good and sufficient cause appearing therefor; it is hereby **ORDERED** that:

1.       All of the terms of the Amended Cash Collateral Order shall remain in full force and effect pursuant to the terms thereof, except to the extent modified or further modified by this Order.  For the avoidance of doubt, paragraph 25 of the Amended Cash Collateral Order shall read as follows:

> "Except as otherwise provided herein, no waiver, modification, or amendment of any of the provisions hereof shall be effective unless set forth in writing, signed by, or on behalf of, all the Debtors, the Prepetition LP Agent, the Ad Hoc LP Secured Group, and SP Special Opportunities, LLC, and approved by the Court after notice to parties in interest."

2.       The last sentence of paragraph F(ii) of the Amended Cash Collateral Order is hereby amended in its entirety as follows:  "Notwithstanding anything to the contrary in this Amended Final Order, capital expenditure lines totaling $6.080 million may be used on an aggregate basis at any time until June 30, 2014."

3.       Paragraph 7 of the Amended Cash Collateral Order is hereby amended as follows:  Section (d) of paragraph 7 is hereby amended by replacing the words "June 15, 2014" with the words "June 30, 2014."

4.      Paragraph 14 of the Amended Cash Collateral Order is hereby amended as follows:  Section (n) of paragraph 14 is hereby amended by deleting the words "June 15, 2014." and inserting the words "June 30, 2014."

5.      Any objections to the entry of this Order, to the extent not withdrawn or resolved, are hereby overruled.

6.      This Order shall constitute findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052 and shall take effect immediately upon execution thereof.

7.      This Court has and will retain jurisdiction to enforce this Order according to its terms.

Dated: _____, 2014
New York, New York

_____
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE