Matthew S. Barr
Karen Gartenberg
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

*Counsel to Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LIGHTSQUARED INC., *et al.*, | Case No. 12-12080 (SCC) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF EXTENSION OF FINAL MATURITY DATE UNDER**
**REPLACEMENT LP DIP FACILITY**

**PLEASE TAKE NOTICE** that, pursuant to paragraph 17(i) of that certain *Final Order (A) Authorizing LP DIP Obligors To Obtain Replacement Superpriority Senior Secured Priming Postpetition Financing, (B) Granting Superpriority Liens and Providing Superpriority Administrative Expense Status, (C) Granting Adequate Protection, and (D) Modifying Automatic Stay* [Docket No. 1476] (the "Replacement LP DIP Order"),[2] the Final Maturity Date may be extended to June 30, 2014 without further order of the Court upon the unanimous written consent

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal or foreign tax or registration identification number, are: LightSquared Inc. (8845), LightSquared Investors Holdings Inc. (0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763), SkyTerra Rollup LLC (N/A), SkyTerra Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited Partnership (4456), LightSquared GP Inc. (6190), LightSquared LP (3801), ATC Technologies, LLC (3432), LightSquared Corp. (1361), LightSquared Finance Co. (6962), LightSquared Network LLC (1750), LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), Lightsquared Bermuda Ltd. (7247), SkyTerra Holdings (Canada) Inc. (0631), SkyTerra (Canada) Inc. (0629) and One Dot Six TVCC Corp. (0040). The location of the debtors' corporate headquarters is 10802 Parkridge Boulevard, Reston, VA 20191.

[2] Terms used but not otherwise defined herein shall have the meanings ascribed to them in the Replacement LP DIP Order.

of all of the LP DIP Lenders and the giving of five (5) days' notice to the Court, the U.S. Trustee, the Prepetition LP Agent, and the Prepetition Inc. Agent.

**PLEASE TAKE FURTHER NOTICE** that, as of the date hereof, all of the LP DIP Lenders have provided written consent to an extension of the Final Maturity Date to June 30, 2014.

**PLEASE TAKE FURTHER NOTICE** that the extension of the Final Maturity Date shall become effective as of June 13, 2014.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Replacement LP DIP Order may be obtained at no charge at http://www.kccllc.net/LightSquared or for a fee via PACER at http://www.nysb.uscourts.gov.

New York, New York　　　　　　　　　　　Respectfully submitted,
Dated:  June 9, 2014

　　　　　　　　　　　　　　　　　　　　/s/ Matthew S. Barr
　　　　　　　　　　　　　　　　　　　　Matthew S. Barr
　　　　　　　　　　　　　　　　　　　　Karen Gartenberg
　　　　　　　　　　　　　　　　　　　　MILBANK, TWEED, HADLEY & M^cCLOY LLP
　　　　　　　　　　　　　　　　　　　　One Chase Manhattan Plaza
　　　　　　　　　　　　　　　　　　　　New York, NY 10005-1413
　　　　　　　　　　　　　　　　　　　　(212) 530-5000

　　　　　　　　　　　　　　　　　　　　*Counsel to Debtors and Debtors in Possession*