Matthew S. Barr
Steven Z. Szanzer
Karen Gartenberg
MILBANK, TWEED, HADLEY & M^CCLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

*Counsel to Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LIGHTSQUARED INC., *et al.*, | Case No. 12-12080 (SCC) |
| Debtors.[1] | Jointly Administered |

# NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing on the interim applications for compensation and reimbursement of expenses for the period January 1, 2014 through and including April 30, 2014 (the "Interim Fee Applications") filed by the professionals retained in the above-captioned chapter 11 cases of LightSquared Inc. and its affiliates, as debtors and debtors in possession, scheduled to be held before the Honorable Shelley C. Chapman, Judge of the United States Bankruptcy Court for the Southern District of New York on July 28, 2014 at

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal or foreign tax or registration identification number, are: LightSquared Inc. (8845), LightSquared Investors Holdings Inc. (0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763), SkyTerra Rollup LLC (N/A), SkyTerra Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited Partnership (4456), LightSquared GP Inc. (6190), LightSquared LP (3801), ATC Technologies, LLC (3432), LightSquared Corp. (1361), LightSquared Finance Co. (6962), LightSquared Network LLC (1750), LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), Lightsquared Bermuda Ltd. (7247), SkyTerra Holdings (Canada) Inc. (0631), SkyTerra (Canada) Inc. (0629), and One Dot Six TVCC Corp. (0040). The location of the debtors' corporate headquarters is 10802 Parkridge Boulevard, Reston, VA 20191.

10:00 a.m. (prevailing Eastern time) [Docket No. 1643], has been adjourned to **a date and time to be determined**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Interim Fee Applications may be obtained at no charge at http://www.kccllc.net/LightSquared or for a fee via PACER at http://www.nysb.uscourts.gov.

| | |
|---|---|
| New York, New York<br>Dated:  July 24, 2014 | Respectfully submitted,<br><br>/s/ Matthew S. Barr<br>Matthew S. Barr<br>Steven Z. Szanzer<br>Karen Gartenberg<br>MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005-1413<br>(212) 530-5000<br><br>*Counsel to Debtors and Debtors in Possession* |