UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LIGHTSQUARED INC., *et al.*, | ) ) ) | Case No. 12-12080 (SCC) |
| Debtors.[1] | ) ) ) | Jointly Administered |

**ORDER, PURSUANT TO 11 U.S.C. § 365(d)(4), FURTHER EXTENDING
LIGHTSQUARED LP'S TIME TO ASSUME OR REJECT UNEXPIRED LEASE
OF NONRESIDENTIAL REAL PROPERTY WITH BDC PARKRIDGE LLC**

Upon the motion (the "Motion")[2] of LightSquared Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, "LightSquared") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), for entry of an order (the "Order"), pursuant to section 365(d)(4) of the Bankruptcy Code and rule 6006 of the Bankruptcy Rules, further extending the time within which LightSquared LP must assume or reject the unexpired lease of nonresidential real property (the "Parkridge Lease") with BDC Parkridge LLC (the "Landlord") with respect to office space located at 10800-10802 Parkridge Boulevard, Reston VA 20191, all as more fully set forth in the Motion; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion

---

[1] The debtors in these Chapter 11 Cases (as defined below), along with the last four digits of each debtor's federal or foreign tax or registration identification number, are: LightSquared Inc. (8845), LightSquared Investors Holdings Inc. (0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763), SkyTerra Rollup LLC (N/A), SkyTerra Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited Partnership (4456), LightSquared GP Inc. (6190), LightSquared LP (3801), ATC Technologies, LLC (3432), LightSquared Corp. (1361), LightSquared Finance Co. (6962), LightSquared Network LLC (1750), LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), Lightsquared Bermuda Ltd. (7247), SkyTerra Holdings (Canada) Inc. (0631), SkyTerra (Canada) Inc. (0629), and One Dot Six TVCC Corp. (0040). The location of the debtors' corporate headquarters is 10802 Parkridge Boulevard, Reston, VA 20191.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion appearing adequate and appropriate under the circumstances; and the Court having found that no other or further notice is needed or necessary; and the Court having reviewed the Motion and having heard statements in support of the Motion at a hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and it appearing, and the Court having found, that the relief requested in the Motion is in the best interests of LightSquared, its estates, its creditors, and other parties in interest; and any objections to the relief requested in the Motion having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1. The Motion is granted.

2. The time period under section 365 of the Bankruptcy Code by which LightSquared LP may assume or reject the Parkridge Lease is extended through and including the earlier of (a) September 30, 2014 and (b) the date of confirmation of a plan of reorganization under chapter 11 of the Bankruptcy Code in LightSquared LP's chapter 11 case.

3. The entry of this Order is without prejudice to LightSquared's right to request further extensions of LightSquared LP's time to assume or reject the Parkridge Lease in accordance with the Bankruptcy Code.

4. Notwithstanding anything to the contrary contained herein, nothing contained in the Motion shall constitute an admission by LightSquared that the Parkridge Lease is an unexpired lease within the meaning of section 365 of the Bankruptcy Code, or that it is necessarily a binding and enforceable contract.

5. LightSquared is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. The requirements set forth in rule 9013-1(a) of the Local Bankruptcy Rules for the Southern District of New York are satisfied.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: July 28, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE