UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LIGHTSQUARED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 12-12080 (SCC)<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Alvaro Salas, Jr., depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtors in the above-captioned cases.

On August 22, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic mail on the service list attached hereto as **Exhibit A**; and via Overnight mail on the service list attached hereto as **Exhibit B**:

- **Cover Sheet and Twenty-Fifth Fee Statement of Moelis & Company LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor for Debtors and Debtors in Possession During Period from June 1, 2014 Through June 30, 2014** [Docket No. 1721]

- **Fee Statement of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors in Possession for the Period from July 1, 2014 Through July 31, 2014** [Docket No. 1722]

Dated: August 26, 2014

/s/ Alvaro Salas, Jr.
Alvaro Salas, Jr.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 26th day of August, 2014, by Alvaro Salas, Jr., proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal or foreign tax or registration identification number, are: LightSquared Inc. (8845), LightSquared Investors Holdings Inc. (0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763), SkyTerra Rollup LLC (N/A), SkyTerra Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited Partnership (4456), LightSquared GP Inc. (6190), LightSquared LP (3801), ATC Technologies LLC (3432), LightSquared Corp. (1361), LightSquared Finance Co. (6962), LightSquared Network LLC (1750), LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), LightSquared Bermuda Ltd. (7247), SkyTerra Holdings (Canada) Inc. (0631), SkyTerra (Canada) Inc. (0629) and One Dot Six TVCC Corp. (0040). The location of the debtors' corporate headquarters is 450 Park Avenue, Suite 2201, New York, NY 10022.

# Exhibit A

**Exhibit A**
**Fee Statement Service Parties**
**Served via Electornic Mail**

| Company | Contact | Email |
| --- | --- | --- |
| Akin Gump Strauss & Feld LLP | Michael S Stamer | mstamer@akingump.com |
| Akin Gump Strauss & Feld LLP | Kenneth A Davis | kdavis@akingump.com |
| Akin Gump Strauss & Feld LLP | Philip C Dublin | pdublin@akingump.com |
| Kasowitz, Benson, Torres & Friedman LLP | Attn: David M. Friedman, Esq. | dfriedman@kasowitz.com |
| Kasowitz, Benson, Torres & Friedman LLP | Attn: Adam L. Shiff, Esq. | ashiff@kasowitz.com |
| Latham & Watkins LLP | Adam J Goldberg | adam.goldberg@lw.com |
| Latham & Watkins LLP | David S Heller | david.heller@lw.com |
| Latham & Watkins LLP | Mark A Broude | mark.broude@lw.com |
| Latham & Watkins LLP | Melissa S Alwang | melissa.alwang@lw.com |
| Milbank Tweed Hadley & McCloy LLP | Matthew S Barr | mbarr@milbank.com |
| Milbank Tweed Hadley & McCloy LLP | Karen Gartenberg | kgartenberg@milbank.com |
| White & Case LLP | Thomas E Lauria | tlauria@whitecase.com |

# Exhibit B

**Exhibit B**
**Fee Statement Service Parties**
**Served via Overnight Mail**

| Company | Contact | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| LightSquared Inc | Curtis Lu | 10802 Parkridge Blvd | | Reston | VA | 20191 |
| LightSquared Inc | Marc R Montagner | 10802 Parkridge Blvd | | Reston | VA | 20191 |
| Office of the United States Trustee | Attn Susan Golden Esq | 201 Varick St Suite 1006 | US Federal Office Building | New York | NY | 10014 |

In re LightSquared Inc., et al.
Case No. 12-12080 (SCC)

1 of 1