Objection Deadline: September 11, 2014 at 4:00 p.m. (prevailing Eastern time)

Patrick Potter (admitted *pro hac vice*)
Dania Slim (admitted *pro hac vice*)
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, DC 20037
Tel. No.: (202) 663-8000
Fax No.: (202) 663-8007

Bruce D. Jacobs
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, DC 20037
Tel. No.: (202) 663-8000
Fax No.: (202) 663-8007

*Special Counsel to Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 )|
| LIGHTSQUARED INC., *et al.*, | ) Case No. 12-12080 (SCC) )|
| Debtors.[1] | ) Jointly Administered )|

**THIRTEENTH MONTHLY FEE STATEMENT OF PILLSBURY WINTHROP SHAW PITTMAN LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JULY 1, 2014 THROUGH JULY 31, 2014**

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal or foreign tax or registration identification number, are: LightSquared Inc. (8845), LightSquared Investors Holdings Inc. (0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763), SkyTerra Rollup LLC (N/A), SkyTerra Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited Partnership (4456), LightSquared GP Inc. (6190), LightSquared LP (3801), ATC Technologies, LLC (3432), LightSquared Corp. (1361), LightSquared Finance Co. (6962), LightSquared Network LLC (1750), LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), Lightsquared Bermuda Ltd. (7247), SkyTerra Holdings (Canada) Inc. (0631), SkyTerra (Canada) Inc. (0629), and One Dot Six TVCC Corp. (0040). The location of the debtors' corporate headquarters is 10802 Parkridge Boulevard, Reston, VA 20191.

| | |
|---|---|
| **Name of Applicant:** | **Pillsbury Winthrop Shaw Pittman LLP** |
| Authorized to Provide Professional Services to: | LightSquared Inc., *et al.* Debtors and Debtors in Possession |
| Date of Retention: | Order entered on July 17, 2013, retaining Pillsbury as of July 2, 2013 (Dkt. 752) |
| Period for Which Compensation and Reimbursement is Sought: | July 1, 2014 through July 31, 2014 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $54,664.00 |
| Amount of Expense Sought as Actual, Reasonable and Necessary: | $2,338.93 |
| Attribution of compensation requested: | 100% to LP Group[2] |

Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"), special counsel to LightSquared Inc. and its affiliated debtors (collectively, "LightSquared") in the captioned chapter 11 cases, respectfully submits this monthly fee statement pursuant to the Court's *Order Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* ("Interim Compensation Order"), entered on June 11, 2012 (Dkt. 122). Pillsbury seeks compensation and reimbursement of expenses for the period beginning July 1, 2014 through July 31, 2014 ("Thirteenth Monthly Period") as follows: (i) payment of $46,070.13, which is equal to eighty percent (80%) of the total compensation sought for actual and necessary professional services rendered during the Thirteenth Monthly Period (*i.e.*, $54,664.00), and

---

[2] The "LP Group" consists of the following LightSquared debtor entities: LightSquared Inc., LightSquared LP, ATC Technologies, LLC, LightSquared Corp., LightSquared Finance Co., LightSquared Network LLC, LightSquared Inc. of Virginia, LightSquared Subsidiary LLC, SkyTerra Holdings (Canada) Inc., SkyTerra (Canada) Inc., Lightsquared Bermuda Ltd., LightSquared Investors Holdings Inc., TMI Communications Delaware, Limited Partnership, and LightSquared GP Inc.

(ii) reimbursement of $2,338.93, which is equal to one hundred percent (100%) of its actual and necessary expenses incurred in connection with such services.

Attached as **Exhibit A** are time entry records for the Thirteenth Monthly Period that were recorded in tenths of an hour by project category, maintained in the ordinary course of Pillsbury's practice, and that set forth a detailed description of services performed by each attorney and paraprofessional on behalf of LightSquared. Attached as **Exhibit B** are itemized records of all expenses for the Thirteenth Monthly Period incurred in connection with the performance of Pillsbury's professional services. A summary of compensation sought by project category and a summary of reimbursement sought by expense type is provided below.

This Fee Statement also includes a billing summary by individual, setting forth the (i) name and title of each attorney or paraprofessional for whose work on these chapter 11 cases compensation is sought, (ii) aggregate time expended by each attorney or paraprofessional, (iii) hourly billing rate for each attorney or paraprofessional at Pillsbury's current billing rates, and (iv) the position for each attorney or paraprofessional at Pillsbury.

**THIRTEENTH MONTHLY FEE STATEMENT OF PILLSBURY WINTHROP SHAW PITTMAN LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION (JULY 1, 2014 – JULY 31, 2014)**

| NAME | POSITION | HOURLY RATE | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| Patrick J. Potter | Partner | $820 | 0.80 | $656.00 |
| Bruce D. Jacobs | Partner | $750 | 66.70 | $50,025.00 |
| Nancy A. Fischer | Partner | $695 | 0.30 | $208.50 |
| Dania Slim | Senior Associate | $595 | 4.30 | $2,558.50 |
| Benjamin J. Cote | Associate | $485 | 0.60 | $291.00 |
| Carly Deckelboim | Associate | $370 | 2.50 | $925.00 |
| TOTAL | | | 75.20 | $54,664.00 |

| BLENDED RATE | $726.91 |
|---|---|

**THIRTEENTH MONTHLY FEE STATEMENT OF PILLSBURY WINTHROP SHAW PITTMAN LLP
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL
COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION
(JULY 1, 2014 – JULY 31, 2014)**

### SUMMARY OF LEGAL FEES AND EXPENSES

| MATTER NAME | MATTER DESCRIPTION | FEES DIRECTLY ATTRIBUTABLE TO THE LP GROUP | EXPENSES DIRECTLY ATTRIBUTABLE TO THE LP GROUP | TOTAL FEES AND EXPENSES DIRECTLY ATTRIBUTABLE TO THE LP GROUP |
|---|---|---|---|---|
| 1 | Export Controls | $499.50 | $0.00 | $499.50 |
| 23 | Second Generation | $54,164.50 | $2,338.93 | $56,503.43 |
| **TOTAL** | | $54,664.00 | $2,338.93 | $57,002.93 |

**THIRTEENTH MONTHLY FEE STATEMENT OF PILLSBURY WINTHROP SHAW PITTMAN LLP
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL
COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION
(JULY 1, 2014 – JULY 31, 2014)**

SUMMARY OF EXPENSES

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Computer Research | $42.94 |
| Express Courier Service | $37.31 |
| Meals – Working | $15.18 |
| Miscellaneous | $3.22 |
| Reproductions | $4.80 |
| Travel and Local Transportation | $2,235.48 |
| **TOTAL** | $2,338.93 |

## Notice

No trustee or examiner has been appointed in these chapter 11 cases. This Fee Statement will be served on: (i) LightSquared Inc., 10802 Parkridge Boulevard, Reston, VA 20191, Attn: Marc R. Montagner and Curtis Lu, Esq., (ii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Susan D. Golden, Esq., (iii) counsel to the Debtors, Milbank, Tweed, Hadley & McCloy LLP, One Chase Manhattan Plaza, New York, NY 10005, Attn: Matthew S. Barr, Esq. and Karen Gartenberg, Esq., (iv) counsel to the ad hoc secured group of Prepetition LP Lenders, White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036, Attn: Thomas E. Lauria, Esq. and Scott Griessman, Esq., (v) counsel to U.S. Bank National Association, as administrative agent under the Prepetition Inc. Credit Agreement and administrative agent under the DIP Agreement, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attn: Michael S. Stamer, Esq., Philip C. Dublin, Esq., and Kenneth A. Davis, Esq., (vi) counsel to UBS AG, Stamford Branch, as administrative agent under the Prepetition LP Credit Agreement, Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, Attn: Melissa S. Alwang, Esq. and Mark A. Broude, Esq., and (vii) counsel to Harbinger Capital Partners LLC, Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, NY 10019, Attn: David M. Friedman, Esq. and Adam L. Shiff, Esq. In light of the relief requested, Pillsbury submits that no other or further notice need be provided.

## Certification

Pursuant to paragraph 8 of the Interim Compensation Order, I hereby certify that I am in compliance with the terms of the *Order Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*.

7

WHEREFORE, Pillsbury respectfully requests (i) interim allowance of compensation for professional services rendered during the Thirteenth Monthly Period, in the amount of $54,664.00 and reimbursement for expenses incurred in connection with such services in the amount of $2,338.93, and (ii) payment and reimbursement of $46,070.13 in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of eighty percent of the compensation sought and reimbursement of one hundred percent of expenses incurred).

New York, New York
Dated: August 27, 2014

/s/ Patrick Potter
Patrick Potter (admitted *pro hac vice*)
Dania Slim (admitted *pro hac vice*)
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, DC 20037
Tel. No.: (202) 663-8000
Fax No.: (202) 663-8007

Bruce D. Jacobs
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, DC 20037
Tel. No.: (202) 663-8000
Fax No.: (202) 663-8007

*Special Counsel to Debtors and Debtors in Possession*

# **Exhibit A**

# pillsbury

Tax ID No. 94-1311126

Jeffrey J. Carlisle
Executive Vice President
Regulatory Affairs & Public Policy
LightSquared
10802 Parkridge Boulevard
Reston, VA 20191

August 15, 2014
Invoice No. 7927594
Client No. 519662
Matter No. 0000001
Nancy A. Fischer
(202) 663-8000

**For Professional Services Rendered and Disbursements Incurred through July 31, 2014**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| EXPORT CONTROLS | $ 499.50 | $ 0.00 | $ 499.50 |
| **Total This Invoice:** | **$ 499.50** | **$ 0.00** | **$ 499.50** |

*Current charges only. Time and disbursements not yet recorded will be included in future invoices.*

**Prior Invoices Outstanding**

| Invoice Number | Date | Invoice Amount | Payments/ Adjustments | Total Prior Outstanding |
|---|---|---|---|---|
| 7897746 | 03/14/14 | $347.50 | $278.00 | $69.50 |
| 7909465 | 05/08/14 | 1,042.50 | 834.00 | 208.50 |
| Total Prior Outstanding | | $1,390.00 | $1,112.00 | $278.00 |
| Total Amount Outstanding | | | | $777.50 |

Client No. 519662  August 15, 2014
Matter No. 0000001  Invoice No. 7927594
Nancy A. Fischer  Page 2

**EXPORT CONTROLS**

For Professional Services Rendered and Disbursements Incurred Through July 31, 2014

| Timekeeper | Date | Service | Hours |
|---|---|---|---|
| B. J. Cote | 07/01/14 | Call with DDTC regarding insurance TAA amendment signature issue. | 0.10 |
| B. J. Cote | 07/07/14 | Email DDTC regarding insurance agreement minor party amendment question. | 0.10 |
| B. J. Cote | 07/10/14 | Call with DDTC regarding insurance TAA question (.1); draft email summarizing same for N. Fischer (.3). | 0.40 |
| N. A. Fischer | 07/10/14 | Review DDTC response on satellite insurance TAA issue. | 0.30 |
| | | Total Hours: | 0.90 |
| | | **Total Fees:** | **$ 499.50** |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| B. J. Cote | 0.60 | $ 485.00 | $ 291.00 |
| N. A. Fischer | 0.30 | 695.00 | 208.50 |
| **Total:** | **0.90** | | **$ 499.50** |

Total Due For Matter 0000001:    $ 499.50

# pillsbury

Tax ID No. 94-1311126

Jeffrey J. Carlisle
Executive Vice President
Regulatory Affairs & Public Policy
LightSquared
10802 Parkridge Boulevard
Reston, VA  20191

August 15, 2014
Invoice No. 7927594
Client No. 519662
Matter No. 0000001
Nancy A. Fischer
(202) 663-8000

## Remittance Advice
Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000001 | $ 499.50 | $ 0.00 | $ 499.50 |
| **Total This Invoice:** | **$ 499.50** | **$ 0.00** | **$ 499.50** |

**Prior Invoices Outstanding**

| Invoice Number | Date | Invoice Amount | Payments/ Adjustments | Total Prior Outstanding |
|---|---|---|---|---|
| 7897746 | 03/14/14 | $347.50 | $278.00 | $69.50 |
| 7909465 | 05/08/14 | 1,042.50 | 834.00 | 208.50 |
| Total Prior Outstanding | | $1,390.00 | $1,112.00 | $278.00 |

| | |
|---|---|
| Total Amount Outstanding | $777.50 |

*Payable in U.S. Dollars upon receipt.*
Payment Options:
For **payment by mail**, remit to: Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 601240, Charlotte, NC 28260-1240
For **Wire Transfer** and **SWIFT Payments** send to: Wells Fargo Bank, ABA# 121000248 (S.W.I.F.T. Code WFBIUS6S) for credit to Pillsbury Winthrop Shaw Pittman LLP, Account Number 2000028308009
For **ACH Payments**, send to: Wells Fargo Bank, ABA# 053000219, Acct # 2000028308009
Please include our client, matter and invoice number for proper credit.
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]

# pillsbury

Tax ID No. 94-1311126

Jeffrey J. Carlisle  
Executive Vice President  
Regulatory Affairs & Public Policy  
LightSquared  
10802 Parkridge Boulevard  
Reston, VA  20191

August 18, 2014  
Invoice No. 7930301  
Client No. 534232  
Matter No. 0000023  
Bruce D. Jacobs  
(202) 663-8000

**For Professional Services Rendered and Disbursements Incurred through July 31, 2014**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| SECOND GENERATION | $ 54,164.50 | $ 2,338.93 | $ 56,503.43 |
| **Total This Invoice:** | **$ 54,164.50** | **$ 2,338.93** | **$ 56,503.43** |

*Current charges only. Time and disbursements not yet recorded will be included in future invoices.*

**Prior Invoices Outstanding**

| Invoice Number | Date | Invoice Amount | Payments/ Adjustments | Total Prior Outstanding |
|---|---|---|---|---|
| 7896184 | 03/24/14 | $75,366.80 | $69,889.18 | $5,477.62 |
| 7915327 | 06/09/14 | 10,177.00 | 8,141.60 | 2,035.40 |
| Total Prior Outstanding | | $85,543.80 | $78,030.78 | $7,513.02 |
| Total Amount Outstanding | | | | $64,016.45 |

Pillsbury Winthrop Shaw Pittman LLP  
2300 N Street, NW - Washington, DC - 20037-1122  
*Due Upon Receipt*  
**Remittance Address**  
P.O. Box 601240 . Charlotte, NC 28260-1240

Client No. 534232  
Matter No. 0000023  
Bruce D. Jacobs  

August 18, 2014  
Invoice No. 7930301  
Page 2  

**SECOND GENERATION**

For Professional Services Rendered and Disbursements Incurred Through July 31, 2014

| Timekeeper | Date | Service | Hours |
|---|---|---|---|
| B. D. Jacobs | 07/01/14 | Work on upcoming L. Band coordination meetings. | 2.00 |
| C. A. Deckelboim | 07/02/14 | Research requirements for filing International Traffic Report; leave voice message for A. Crawford about the report. | 0.30 |
| B. D. Jacobs | 07/02/14 | Work on L-band coordination. | 2.00 |
| B. D. Jacobs | 07/02/14 | Work on GPS litigation. | 2.00 |
| D. Slim | 07/02/14 | Phone conference with B. Jacobs regarding eleventh monthly fee statement (.1); correspond to T. Cammarata regarding same (.1). | 0.20 |
| B. D. Jacobs | 07/03/14 | Work on L-band coordination. | 1.50 |
| B. D. Jacobs | 07/03/14 | Work on GPS litigation. | 1.50 |
| D. Slim | 07/03/14 | File eleventh monthly fee statement and coordinate service of same. | 0.20 |
| C. A. Deckelboim | 07/07/14 | Speak to A. Crawford about International Traffic Report and TRS contribution; research requirements for TRS contribution. | 0.30 |
| B. D. Jacobs | 07/07/14 | Work on L-band coordination. | 3.00 |
| B. D. Jacobs | 07/08/14 | Attendance at 8th L-band quadrilateral operators meeting. | 9.00 |
| C. A. Deckelboim | 07/09/14 | E-mail A. Crawford about paying invoice for Telecommunications Relay Services. | 0.10 |
| B. D. Jacobs | 07/09/14 | Attendance at 8th L-band quadrilateral operators meeting. | 12.00 |
| D. Slim | 07/09/14 | Phone conference with D. Schiff (Milbank) regarding interim fee application issues; correspond with P. Potter and J. Hall regarding same. | 0.30 |
| B. D. Jacobs | 07/10/14 | Attendance at 8th L-band quadrilateral operators meeting. | 10.50 |
| C. A. Deckelboim | 07/11/14 | Work on International Traffic Report. | 1.30 |
| B. D. Jacobs | 07/11/14 | Attendance at 8th L-band quadrilateral operators meeting. | 9.50 |
| P. J. Potter | 07/11/14 | Work on legal analysis, issues and strategies regarding fee application, including call with D. Slim (0.3); analyze correspondence with S. Slim, A. Troop, C. Mirick, B. Jacobs and UST (0.3); analyze and edit draft of email to UST and send back to D. Slim (0.2). | 0.80 |
| D. Slim | 07/11/14 | Phone conferences with P. Potter and C. Mirick regarding interim fee application objection (0.3); discuss same with J. Hall (0.2); research in connection with same (1.2); correspond with B. Jacobs and P. Potter (separately) regarding issues relating to same and proposal (0.4); correspond to S. Golden regarding same (0.2). | 2.30 |
| B. D. Jacobs | 07/13/14 | Work on Coop Agreement, including Inmarsat JTG proposal. | 1.00 |
| C. A. Deckelboim | 07/14/14 | Prepare International Traffic Report. | 0.20 |

Client No. 534232  
Matter No. 0000023  
Bruce D. Jacobs

August 18, 2014  
Invoice No. 7930301  
Page 3

| Timekeeper | Date | Service | Hours |
|---|---|---|---|
| B. D. Jacobs | 07/14/14 | Work on Coop Agreement, including JTG proposal. | 2.00 |
| B. D. Jacobs | 07/14/14 | Work on L-band coordination. | 1.50 |
| C. A. Deckelboim | 07/15/14 | Work on International Traffic Report. | 0.30 |
| B. D. Jacobs | 07/15/14 | Work on L-band coordination. | 1.50 |
| B. D. Jacobs | 07/16/14 | Work on L-band coordination. | 1.00 |
| B. D. Jacobs | 07/17/14 | Work on L-band coordination. | 1.00 |
| B. D. Jacobs | 07/23/14 | Work on reply to MTD GPS case. | 1.00 |
| B. D. Jacobs | 07/23/14 | Work on Coop Agreement. | 0.50 |
| D. Slim | 07/23/14 | Correspond with P. Potter regarding hearing on interim fee application. | 0.10 |
| D. Slim | 07/24/14 | Coordinate telephonic appearance for hearing on interim fee applications (0.2); correspond with P. Potter and M. Hernandez regarding same (0.1); coordinate drafting of twelfth monthly fee statement (0.2). | 0.50 |
| B. D. Jacobs | 07/25/14 | Work on Coop Agreement. | 0.20 |
| B. D. Jacobs | 07/28/14 | Work on L-band coordination. | 2.00 |
| B. D. Jacobs | 07/28/14 | Work on Motion to Dismiss GPS case. | 1.50 |
| B. D. Jacobs | 07/30/14 | Work on ITU issues, including JTG submissions. | 0.50 |
| D. Slim | 07/31/14 | Review and revise twelfth monthly fee statement (.6); correspond to B. Jacobs regarding same (.1). | 0.70 |

Total Hours: 74.30  
**Total Fees:** **$ 54,164.50**

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| C. A. Deckelboim | 2.50 | $ 370.00 | $ 925.00 |
| B. D. Jacobs | 66.70 | 750.00 | 50,025.00 |
| P. J. Potter | 0.80 | 820.00 | 656.00 |
| D. Slim | 4.30 | 595.00 | 2,558.50 |
| **Total:** | **74.30** | | **$ 54,164.50** |

Client No. 534232  
Matter No. 0000023  
Bruce D. Jacobs

August 18, 2014  
Invoice No. 7930301  
Page 4

**Disbursement Summary**

| Type | Amount |
|---|---|
| Computer Research | 42.94 |
| Express Courier Service | 37.31 |
| Meals - Working | 15.18 |
| Miscellaneous | 3.22 |
| Reproductions | 4.80 |
| Travel and Local Transportation | 2,235.48 |
| **Total:** | **$2,338.93** |

**Total Due For Matter 0000023:**     $ 56,503.43

# pillsbury

Tax ID No. 94-1311126

Jeffrey J. Carlisle  
Executive Vice President  
Regulatory Affairs & Public Policy  
LightSquared  
10802 Parkridge Boulevard  
Reston, VA 20191

August 18, 2014  
Invoice No. 7930301  
Client No. 534232  
Matter No. 0000023  
Bruce D. Jacobs  
(202) 663-8000

## Remittance Advice
Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000023 | $ 54,164.50 | $ 2,338.93 | $ 56,503.43 |
| **Total This Invoice:** | **$ 54,164.50** | **$ 2,338.93** | **$ 56,503.43** |

**Prior Invoices Outstanding**

| Invoice Number | Date | Invoice Amount | Payments/ Adjustments | Total Prior Outstanding |
|---|---|---|---|---|
| 7896184 | 03/24/14 | $75,366.80 | $69,889.18 | $5,477.62 |
| 7915327 | 06/09/14 | 10,177.00 | 8,141.60 | 2,035.40 |
| Total Prior Outstanding | | $85,543.80 | $78,030.78 | $7,513.02 |

| | |
|---|---|
| Total Amount Outstanding | $64,016.45 |

*.Payable in U.S. Dollars upon receipt.*  
Payment Options:  
For **payment by mail**, remit to: Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 601240, Charlotte, NC 28260-1240  
For **Wire Transfer** and **SWIFT Payments** send to: Wells Fargo Bank, ABA# 121000248 (S.W.I.F.T. Code WFBIUS6S) for credit to Pillsbury Winthrop Shaw Pittman LLP, Account Number 2000028308009  
For **ACH Payments**, send to: Wells Fargo Bank, ABA# 053000219, Acct # 2000028308009  
Please include our client, matter and invoice number for proper credit.  
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]

## **Exhibit B**

12-12080-scc    Doc 1733    Filed 08/27/14    Entered 08/27/14 12:17:52    Main Document
Pg 18 of 19

LightSquared Twelfth Monthly Fee Application
(July 1, 2014 – July 31, 2014)

**Disbursements**

| Date | Type | Qty Unit Cost | Amount | Description |
|---|---|---|---|---|
| 06/01/14 | Computer Research | 1 @ $15.10 | $15.10 | Electronic Research |
| 06/12/14 | Travel and Local Transportation | 1 @ $797.45 | $797.45 | INVOICE #: WDC-261446, DATE: 08/05/2014, Airfare, B. Jacobs, DC/MEX, 7/7/14 |
| 06/27/14 | Express Courier Service | 1 @ $11.22 | $11.22 | FedEX to Columbia Operations Center FCC |
| 07/01/14 | Reproductions | 48 @ 0.10 | $4.80 | 06/2014 Scanning/copying charges |
| 07/07/14 | Meals – Working | 1 @ $15.18 | $15.18 | INVOICE #: WDC-263493, DATE: 08/07/2014, Meal(s), Dulles, VA, B. Jacobs, 07/07/14 |
| 07/07/14 | Travel and Local Transportation | 1 @ $1,438.03 | $1,438.03 | INVOICE #: WDC-263493, DATE: 08/07/2014, Travel Expenses, B. Jacobs, DC/MEX, 7/7/14-7/11/14 |
| 07/11/14 | Computer Research | 1 @ $27.84 | $27.84 | Lexis Nexis Search |
| 07/12/14 | Miscellaneous | 1 @ $3.22 | $3.22 | INVOICE #: WDC-263493; DATE: 8/7/2014, Internet Connection, B. Jacobs, 07/12/14 |
| 07/30/14 | Express Courier Service | 1 @ $20.09 | $20.09 | Capital Filing Specialists |
| 07/30/14 | Express Courier Service | 1 @ $6.00 | $6.00 | Capital Filing Specialists |

**Disbursements Total:        $2,338.93**