David M. Friedman
Adam L. Shiff
Matthew B. Stein
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Attorneys for Harbinger Capital Partners LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LIGHTSQUARED INC., *et al.*,[1] | Case No. 12-12080 (SCC) |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF (I) HARBINGER CAPITAL PARTNERS LLC'S
FIRST AMENDED JOINT PLAN OF REORGANIZATION FOR THE INC.
DEBTORS PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY
CODE AND (II) PLAN SUPPORT AGREEMENT, DATED SEPTEMBER 8, 2014**

**PLEASE TAKE NOTICE** that on August 11, 2014, Harbinger Capital Partners LLC ("**Harbinger**"), filed *Harbinger Capital Partners LLC's Joint Plan of Reorganization for the Inc. Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1696] (the "**Inc. Plan**").

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal or foreign tax or registration identification number, are: LightSquared Inc. (8845), LightSquared Investors Holdings Inc. (0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763) ("One Dot Six"), SkyTerra Rollup LLC (N/A), SkyTerra Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited Partnership (4456), LightSquared GP Inc. (6190), One Dot Six TVCC Corp. (0040) (collectively, the "Inc. Debtors"), LightSquared LP (3801), ATC Technologies, LLC (3432), LightSquared Corp. (1361), LightSquared Finance Co. (6962), LightSquared Network LLC (1750), LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), Lightsquared Bermuda Ltd. (7247), SkyTerra Holdings (Canada) Inc. (0631) and SkyTerra (Canada) Inc. (0629) (collectively, the "LP Debtors"). The location of the Debtors' corporate headquarters is 10802 Parkridge Boulevard, Reston, VA 20191.

**PLEASE TAKE FURTHER NOTICE** that Harbinger hereby files *Harbinger Capital Partners LLC's First Amended Joint Plan of Reorganization for the Inc. Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, annexed hereto as **Exhibit 1** (the "**First Amended Inc. Plan**").

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of parties in interest, annexed hereto as **Exhibit 2** is a comparison between the Inc. Plan and the First Amended Inc. Plan reflecting changes made since the Inc. Plan was filed on August 11, 2014.

**PLEASE TAKE FURTHER NOTICE** that in connection with the First Amended Inc. Plan, annexed hereto as **Exhibit 3** is a copy of the Plan Support Agreement (as defined in the First Amended Inc. Plan).

Dated: September 11, 2014
New York, New York

By: /s/ *David M. Friedman*
David M. Friedman
Adam L. Shiff
Matthew B. Stein
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Attorneys for Harbinger Capital Partners LLC*

2