Rachel C. Strickland
Tariq Mundiya
James C. Dugan
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

*Counsel to SP Special Opportunities, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

In re:                                           :     Chapter 11

LIGHTSQUARED INC., *ET AL.*,                     :     Case No. 12-12080 (SCC)

                          Debtors.[1]            :     Jointly Administered

------------------------------------------------------------- x

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a)(1), Appellant SP Special Opportunities, LLC ("SPSO"),

through its counsel Willkie Farr & Gallagher LLP, hereby files this Notice of Appeal of this

Court's *Order Confirming Modified Second Amended Joint Plan Pursuant to Chapter 11 of the*

*Bankruptcy Code*, entered March 27, 2015 [Docket No. 2276] (the "Order"), only with respect to

the injunction set forth in paragraph 36(b) on pages 76-77 of the Order.  SPSO's appeal will not

seek to prevent the consummation of the Modified Second Amended Joint Plan (the "Plan").

Therefore, SPSO will not seek a stay of the Order pending this appeal or expedited briefing on its

---

[1] The debtors in these chapter 11 cases and the last four digits of each debtor's federal or foreign tax or registration identification number are:  LightSquared Inc. (8845), LightSquared Investors Holdings Inc. (0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763), SkyTerra Rollup LLC (N/A), SkyTerra Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited Partnership (4456), LightSquared GP Inc. (6190), LightSquared LP (3801), ATC Technologies, LLC (3432), LightSquared Corp. (1361), LightSquared Finance Co. (6962), LightSquared Network LLC (1750), LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), LightSquared Bermuda Ltd. (7247), SkyTerra Holdings (Canada) Inc. (0631), SkyTerra (Canada) Inc. (0629) and One Dot Six TVCC Corp. (0040) (collectively, the "Debtors").  The location of the Debtors' corporate headquarters is 10802 Parkridge Boulevard, Reston, VA 20191.

appeal. A copy of the Order is attached hereto as Exhibit A. The prescribed fee accompanies

this Notice of Appeal.

The names of the principal parties to the Order appealed from and the names, addresses,

and telephone numbers of their respective attorneys are as follows:

Rachel C. Strickland
Tariq Mundiya
James C. Dugan
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000

*Counsel for Appellant SP Special Opportunities, LLC*

Matthew S. Barr
Alan J. Stone
Karen Gartenberg
Andrew M. Leblanc
Michael L. Hirschfeld
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005-1413
Tel: (212) 530-5000

*Counsel for Debtors LightSquared Inc., et al.*

Frank A. Merola
Jayme T. Goldstein
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
Tel: (212) 806-5400

*Counsel for Plan Proponent Fortress Credit Opportunities Advisors, LLC*

David M. Friedman
Adam L. Shiff
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700

*Counsel for Plan Proponent Harbinger Capital Partners LLC*

Brad Eric Scheler
Peter B. Siroka
Aaron S. Rothman
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Tel: (212) 859-8000

*Counsel for Plan Proponent Centerbridge Partners L.P.*

Dated:    April 9, 2015                        WILLKIE FARR & GALLAGHER LLP
          New York, New York

                                               _____

                                               Rachel C. Strickland
                                               Tariq Mundiya
                                               James C. Dugan
                                               787 Seventh Avenue
                                               (212) 728-8000
                                               New York, New York  10019

                                               *Counsel for SP Special Opportunities, LLC*