Bijan Amini, Esq.
Avery Samet, Esq.
Jaime Leggett, Esq.
STORCH AMINI & MUNVES PC
2 Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
Tel. (212) 490-4100

*Attorneys for Sanjiv Ahuja*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LIGHTSQUARED INC., *et. al.*, | Case No. 12-12080 (SCC) |
| Debtors.[1] | Jointly Administered |
| SANJIV AHUJA, | Case No. 15-cv-2342 (KBF) |
| Appellant, | |
| v. | |
| LIGHTSQUARED INC., *et. al.*, | |
| Appellees. | |

**APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL WITH RESPECT TO APPEAL OF THE ORDER CONFIRMING MODIFIED SECOND AMENDED JOINT PLAN PURSUANT TO CHAPTER 11 OF BANKRUPTCY CODE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal or foreign tax or registration identification number, are: LightSquared Inc. (8845), LightSquared Investors Holdings Inc. (0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763), SkyTerra Rollup LLC (N/A), SkyTerra Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited Partnership (4456), LightSquared GP Inc. (6190), LightSquared LP (3801), ATC Technologies, LLC (3432), LightSquared Corp. (1361), LightSquared Finance Co. (6962), LightSquared Network LLC (1750), LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), LightSquared Bermuda Ltd. (7247), SkyTerra Holdings (Canada) Inc. (0631), SkyTerra (Canada) Inc. (0629) and One Dot Six TVCC Corp. (0040). The location of the debtors' corporate headquarters is 10802 Parkridge Boulevard, Reston, VA 20191.

1

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Mr. Sanjiv Ahuja ("Appellant") hereby submits the following statement of issues to be presented and designation of record items to be included in the record on appeal to the to the United States District Court for the Southern District of New York in connection with the Notice of Appeal filed by Appellant on March 27, 2015 with respect to the Order Confirming Second Amended Joint Plan Pursuant to Chapter 11 of Bankruptcy Code (Dkt. No. 2276).

I. STATEMENT OF ISSUES ON APPEAL

1. Did the Bankruptcy Court err in determining that the Plan satisfied the "cramdown" requirements of 11 U.S.C. § 1129(b) that the Plan was fair and equitable with respect to the common equity interests held by Sanjiv Ahuja?

2. Did the Bankruptcy Court err in determining that the Plan satisfied the requirement of 11 U.S.C. § 1123(a)(4) that all similarly situated claimants be treated the same, despite the fact that the 90% shareholder is receiving 45% of the shares in the reorganized company and Sanjiv Ahuja, who owns 8% of the shares, is receiving nothing?

3. Did the Bankruptcy Court err in determining that the Plan was proposed in good faith as required by 11 U.S.C. § 1129(a)(3)?

II. RECORD ON APPEAL

The Appellant designate the following items to be included in the record on appeal:

A. Items Included in the Bankruptcy Court Docket

| Item | Filing Date | Docket No. | Description |
| --- | --- | --- | --- |
| 1 | March 27, 2015 | 2276 | Order Confirming Modified Second Amended Joint Plan Pursuant to Chapter 11 of Bankruptcy Code |
| 2 | March 27, 2015 | 2285 | Transcript regarding Hearing Held on March 26, 2015 RE: Confirmation Hearing |
| 3 | March 19, 2015 | 2255 | Transcript regarding Hearing Held on March 18, 2015 RE: Confirmation Hearing |

| Item | Filing Date | Docket No. | Description |
| --- | --- | --- | --- |
| 4 | March 18, 2015 | 2254 | Transcript regarding Hearing Held on March 17, 2015 RE: Confirmation Hearing |
| 5 | March 17, 2015 | 2249 | Transcript regarding Hearing Held on March 16, 2015 RE: Confirmation Hearing |
| 6 | March 13, 2015 | 2236 | Transcript regarding Hearing Held on March 12, 2015 RE: Confirmation Hearing |
| 7 | March 12, 2015 | 2235 | Transcript regarding Hearing Held on March 11, 2015 RE: Confirmation Hearing |
| 8 | March 11, 2015 | 2234 | Transcript regarding Hearing Held on March 10, 2015 RE: Confirmation Hearing |
| 9 | March 10, 2015 | 2233 | Transcript regarding Hearing Held on March 9, 2015 RE: Confirmation Hearing |
| 10 | March 17, 2015 | 2238 | Modified Second Amended Joint Plan Pursuant to Chapter 11 of Bankruptcy Code/Notice of Filing Relating to Second Amended Joint Plan Pursuant to Chapter 11 of Bankruptcy Code |
| 11 | January 20, 2015 | 2035 | Second Amended Disclosure Statement/Notice of Filing of Solicitation Version of Second Amended Specific Disclosure Statement for Second Amended Joint Plan Pursuant to Chapter 11 of Bankruptcy Code |
| 12 | July 17, 2012 | 223 | Order (A) Approving Settlement Agreement Regarding Employment Agreement Claims, (B) Rejecting Employment Documents, and (C) Authorizing Any and All Actions Necessary to Consummate Settlement Agreement Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rules 6006, 9014 and 9019 |
| 13 | July 6, 2012 | 213 | Motion to Approve Compromise / Motion for Order, Pursuant to Sections 105(a) and 365(a) of Bankruptcy Code and Bankruptcy Rules 6006, 9014, and 9019, (A) Approving Settlement Agreement Regarding Employment Agreement Claims, (B) Rejecting Employment Documents, and (C) Authorizing Any and All Actions Necessary to Consummate Settlement Agreement |

| Item | Filing Date | Docket No. | Description |
|---|---|---|---|
| 14 | April 6, 2015 | 2297 | Limited Objection of SP Special Opportunities, LLC to LightSquared's Motion for Order (A) Authorizing Use of Cash Collateral, if any, Through Plan Effective Date, (B) Establishing that Prepetition Secured Parties are Adequately Protected, and (C) Modifying Automatic Stay |
| 15 | March 31, 2015 | 2286 | LightSquared's Motion for Order (A) Authorizing Use of Cash Collateral, If Any, Through Plan Effective Date, (B) Establishing That Prepetition Secured Parties Are Adequately Protected, and (C) Modifying Automatic Stay |
| 16 | March 25, 2015 | 2264 | Supplemental Objection of Solus Alternative Asset Management LP and Objection to Confirmation of the Plan Proponents' Modified Second Amended Joint Plan Pursuant to Chapter 11 of Bankruptcy Code |
| 17 | March 25, 2015 | 2262 | Post-Trial Brief of Equity Interest Holder Sanjiv Ahuja in Opposition to Confirmation of the Debtors Modified Second Amended Joint Plan of Reorganization |
| 18 | March 25, 2015 | 2261 | Declaration of Avery Samet in Connection with Post-Trial Brief of Equity Interest Holder Sanjiv Ahuja in Opposition to Confirmation of the Debtors' Modified Second Amended Joint Plan of Reorganization |
| 19 | March 24, 2015 | 2258 | Notice of Withdrawal of Objection of SP Special Opportunities, LLC to Confirmation of Second Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code |
| 20 | March 5, 2015 | 2185 | Declaration of Matthew S. Barr in Connection with LightSquared's (I) Memorandum of Law in Support of Confirmation of Second Amended Joint Plan Pursuant to Chapter 11 of Bankruptcy Code and (II) Omnibus Response to Objections to (A) Confirmation of Plan, (B) Alternative Transaction Fee Motion, and (C) Inc. DIP Motion |

| Item | Filing Date | Docket No. | Description |
|---|---|---|---|
| 21 | March 5, 2015 | 2184 | LightSquared's (I) Memorandum of Law in Support of Confirmation of Second Amended Joint Plan Pursuant to Chapter 11 of Bankruptcy Code and (II) Omnibus Response to Objections to (A) Confirmation of Plan, (B) Alternative Transaction Fee Motion, and (C) Inc. DIP Motion |
| 22 | February 26, 2015 | 2133 | Objection of Solus Alternative Asset Management LP to Confirmation of the Second Amended Joint Plan Pursuant to Chapter 11 of Bankruptcy Code |
| 23 | February 26, 2015 | 2130 | Objection of SP Special Opportunities, LLC to Confirmation of Second Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code |
| 24 | February 25, 2015 | 2127 | Objection of Providence TMT Special Situations Fund LP and Providence TMT Debt Opportunity Fund II LP to (1) Second Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code and (2) Motion for Entry of Order Authorizing Payment of Alternative Transaction Fee in Connection with Proposed Plan or Reorganization |
| 25 | February 25, 2015 | 2122 | Objection and Joinder in Objection of Centaurus Capital L.P., Keith Holst and Stephen Douglas to Confirmation of Debtors Second Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code and Objection of Sanjiv Ahuja to Confirmation of the Debtors Second Amended Joint Plan of Reorganization |
| 26 | February 25, 2015 | 2112 | Objection of Centaurus Capital L.P., Keith Holst and Stephen Douglas to Confirmation of Debtors' Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code |
| 27 | January 17, 2014 | 1235 | Statement Regarding the FCC Exit Condition in Debtors Revised Second Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code |

| Item | Filing Date | Docket No. | Description |
|------|-------------|------------|-------------|
| 28 | May 14, 2012 | 3 | Declaration of Marc R. Montagner, Chief Financial Officer and Interim Co-Chief Operating Officer of Lightsquared Inc., (A) In Support of First Day Pleadings and (B) Pursuant to Rule 1007-2 of Local Bankruptcy Rules for United States Bankruptcy Court for Southern District of New York |

**B. Items Not Included in the Bankruptcy Court Docket**

1. All Trial Exhibits submitted at the Confirmation Hearing.

2. Transcript of April 7, 2015 Hearing before the Bankruptcy Court.

3. Errata Sheet for Transcript regarding Hearing Held on March 26, 2015 RE:

Confirmation Hearing.

Dated: New York, New York
April 10, 2015

**STORCH AMINI & MUNVES PC**

By: /s/ Avery Samet
Bijan Amini
Avery Samet
Jaime Leggett
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
Tel: (212) 490-4100
*Attorneys for Sanjiv Ahuja*